IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**0 5     1 0 5 0 4     NMG**

| | | |
|---|---|---|
| THE HOLMES GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | COMPLAINT |
| | ) | |
| v. | ) | |
| | ) | Jury Trial Demanded |
| EURO-PRO OPERATING, LLC | ) | |
| | ) | |
| Defendant. | ) | |

MAGISTRATE JUDGE _NewMag_

RECEIPT #
AMOUNT $250
SUMMONS ISSUED
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY CLK.
DATE 3/17/05

Plaintiff, The Holmes Group, Inc., by way of Complaint against defendant, EURO-PRO

OPERATING, LLC, alleges and says:

## THE PARTIES

1.      Plaintiff, THE HOLMES GROUP, INC. ("HOLMES"), is a Massachusetts

corporation having a principal place of business at One Holmes Way, Milford, Massachusetts

01757.

2.      Upon information and belief, defendant, EURO-PRO OPERATING, LLC

("EURO-PRO"), is a Delaware corporation having a principal place of business at 1210

Washington Street, Newton, Massachusetts 02465-2147.

## SUBJECT MATTER JURISDICTION

3.      Jurisdiction over the subject matter of the within Complaint is vested in the

United States District Court pursuant to 28 U.S.C. § 1331 [general federal question jurisdiction]

and 28 U.S.C. § 1338(a) [special federal question jurisdiction].

## IN PERSONAM JURISDICTION

4.      Jurisdiction over the persons of defendants is vested in the United States District

ID # 424816v01/3021-1/ 03.16.2005

Court for the District of Massachusetts by virtue of defendant being domiciled and by maintaining its principal place of business in this federal judicial district.

## VENUE

5.     Venue over the within action is proper in the federal judicial district comprising the United States District Court for the District of Massachusetts pursuant to 28 U.S.C. § 1391(b) and 28 U.S.C. § 1400(b).

## PATENT INFRINGEMENT

6.     HOLMES is the owner by assignment of all right, title, and interest in and to United States Letters Patent No. 6,573,483 B1 (hereinafter referred to as "the '483 patent") entitled, "Programmable Slow-Cooker Appliance". A copy of the '483 patent is attached hereto as Exhibit A.

7.     The '483 patent was duly and legally issued on June 2, 2003 to HOLMES. The '483 patent remains in full force and effect.

8.     HOLMES is the owner by assignment of all right, title, and interest in and to United States Letters Patent No. 6,740,855 B1 (hereinafter referred to as "the '855 patent") entitled, "Programmable Slow-Cooker Appliance". A copy of the '855 patent is attached hereto as Exhibit B.

9.     The '855 patent was duly and legally issued on May 25, 2004 to HOLMES. The '855 patent remains in full force and effect.

10.     HOLMES is the owner by assignment of all right, title, and interest in and to United States patent application serial number 10/323,234, entitled, "Programmable Slow-Cooker Appliance" which is a continuation-in-part application of the '855 patent. All of the

ID # 424816v01/3021-1/ 03.16.2005

pending claims in this application have been deemed allowable by the United States Patent and

Trademark Office and the issue fee was paid on February 16, 2005. Accordingly, the patent is

expected to be issued in due course. A copy of the allowed claims as set forth in an Amendment

dated December 1, 2003 is attached as Exhibit C. HOLMES intends to amend the complaint to

include the patent expected to issue from this application.

11.    HOLMES has and continues to distribute, market, and sell programmable slow-

cooker appliances covered by the claims of the '483 and '855 patents.

12.    On information and belief, EURO-PRO has imported, distributed, marketed,

offered for sale, and sold certain slow-cooker appliances (hereinafter "the accused products")

covered by the claims of the '483 and '855 patents. On information and belief, at least one such

accused product is identified as the Euro-Pro® Programmable Intelligent Gourmet Slow Cooker,

Model KC276T. A copy of the owner's manual for this model is attached as Exhibit D.

13.    The activities of EURO-PRO constitute infringement of the '483 and '855

patents.

14.    EURO-PRO's infringement of the '483 and '855 patents has been without license

from HOLMES and in violation of HOLMES' patent rights, and it is believed that EURO-PRO

will continue to infringe HOLMES' patent rights unless enjoined by this Court.

15.    Upon information and belief, Stanley Rosenzweig is a principal owner in EURO-

PRO. Prior to his current status at EURO-PRO, Mr. Rosenzweig was the Chief Operating

Officer of HOLMES and continues to be one of its stockholders. Mr. Rosenzweig's employment

at HOLMES was terminated in January 11, 2002. Mr. Rosenzweig was aware of, and familiar

with, HOLMES' research and development and proprietary information leading to the patent applications related to programmable slow-cookers while employed at HOLMES.

16.     Upon leaving employment at HOLMES, Mr. Rosenzweig and/or EURO-PRO also hired at least six (6) HOLMES employees, including Heather Jones-Lawlor, product manager in the kitchen business unit, some of whom also were very familiar with HOLMES' design strategies for slow-cookers and the innovative, proprietary information resulting in the patents identified herein during their employment at HOLMES.

17.     In view of the foregoing, EURO-PRO's acts of infringement have been willful and deliberate, with full knowledge of HOLMES' patent rights.

18.     As a result of EURO-PRO's willful infringement of the '483 and '855 patents, HOLMES has been damaged and will continue to be damaged in an amount to be determined at trial. HOLMES has suffered and will continue to suffer irreparable injury unless the infringing activities of EURO-PRO are enjoined.

19.     By virtue of EURO-PRO's willful and deliberate infringement, this is an "exceptional case" within the meaning of 35 U.S.C. § 285.

WHEREFORE, HOLMES prays for the following relief:

A.     Judgment for HOLMES on its cause of action for patent infringement.

B.     Preliminary and permanent injunction enjoining EURO-PRO, its officers, directors, agents, employees, and all those in active concert or participation with them who receive actual notice of the judgment by personal service or otherwise, from making, using, importing, offering for sale, and selling infringing fans and from otherwise infringing, contributing to infringement, and actively inducing infringement of the '483 and '855 patents.

4

C.     An award of compensatory and punitive damages to HOLMES by reason of the

wrongs committed by EURO-PRO, including an award of increased damages pursuant to 35

U.S.C. § 284, for defendant's willful and deliberate patent infringement.

D.     An award of costs of this action together with HOLMES' attorneys' fees pursuant

to 35 U.S.C. § 285.

E.     An assessment of interest on the damages so computed.

F.     Such other and further relief as this Court deems just and proper.

PLAINTIFF DEMANDS A TRIAL BY JURY.

THE HOLMES GROUP, INC.
By its Attorneys,

Dated: March 16, 2005

Nicholas J. Nesgos, BBO No. 553177
nnesgos@pbl.com
Jennifer Finger, BBO No. 641830
jfinger@pbl.com
Posternak Blankstein & Lund LLP
Prudential Tower, 800 Boylston Street
Boston, Massachusetts  02199-8004
Telephone:  (617) 973-6100
Facsimile:  (617) 367-2315

Of Counsel:
Charles R. Hoffmann, Esq.
CRHDocket@hoffmannbaron.com
Glenn T. Henneberger, Esq.
GTHDocket@hoffmannbaron.com
HOFFMANN & BARON, LLP
6900 Jericho Turnpike
Syosset, New York  11791-4407
Telephone:  (516) 822-3550
Facsimile:  (516) 822-3582

ID # 424816v01/3021-1/ 03.16.2005

# EXHIBIT A

US006573483B1

(12) **United States Patent**
DeCobert et al.

(10) Patent No.: **US 6,573,483 B1**
(45) Date of Patent: **Jun. 3, 2003**

(54) **PROGRAMMABLE SLOW-COOKER APPLIANCE**

(75) Inventors: **James E. DeCobert**, Attleboro, MA (US); **Lorens G. Hlava**, Clinton, MO (US); **Charles T. Thrasher, Jr.**, Clinton, MA (US)

(73) Assignee: **The Holmes Group, Inc.**, Milford, MA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/802,174**

(22) Filed: **Mar. 8, 2001**

**Related U.S. Application Data**

(60) Provisional application No. 60/189,443, filed on Mar. 15, 2000, and provisional application No. 60/196,273, filed on Apr. 5, 2000.

(51) Int. Cl.[7] ............................................. H05B 1/02
(52) U.S. Cl. ..................... 219/506; 219/494; 219/497; 219/435; 219/432; 99/340
(58) Field of Search ................................. 219/433, 432, 219/435, 506, 494, 518; 99/340

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,681,663 A | 8/1972 | Albers |
| 3,904,852 A * | 9/1975 | Rivelli et al. ............... 219/442 |
| 4,313,051 A | 1/1982 | Aeshima |
| 4,345,145 A | 8/1982 | Norwood |
| 4,535,386 A | 8/1985 | Frey, Jr. et al. |
| 4,551,590 A | 11/1985 | Mahon |
| 4,566,802 A | 1/1986 | Koehler |
| 4,668,878 A | 5/1987 | Wyss |
| 4,674,890 A | 6/1987 | Kojima et al. |

| | | |
|---|---|---|
| 4,693,683 A | 9/1987 | Wingler et al. |
| 4,695,710 A | 9/1987 | Yamashita et al. |
| 4,742,864 A | 5/1988 | Duell et al. |
| 4,749,874 A | 6/1988 | Meisner |
| 4,764,715 A | 8/1988 | Kowalewski et al. |
| 4,789,761 A | 12/1988 | Malone et al. |
| 4,835,349 A | 5/1989 | Weber |
| 4,841,496 A | 6/1989 | Adams et al. |
| 4,857,758 A | 8/1989 | Rigazio et al. |
| 4,959,512 A | 9/1990 | Cole et al. |
| 5,191,231 A | 3/1993 | Berry |
| 5,430,598 A | 7/1995 | Rodolfo et al. |
| 5,477,029 A | 12/1995 | Skutt et al. |
| 5,539,185 A | 7/1996 | Polster |
| 5,596,552 A | 1/1997 | Lim |
| 5,615,604 A | 4/1997 | Chenglin |
| 5,734,149 A | 3/1998 | Skutt et al. |
| 5,771,207 A | 6/1998 | Musoi et al. |
| 5,834,718 A | 11/1998 | Antonett |
| 5,910,265 A * | 6/1999 | Baker et al. ............... 219/454 |
| 6,191,393 B1 | 2/2001 | Park |
| 6,196,113 B1 * | 3/2001 | Yung ............... 99/327 |
| 6,229,507 B1 | 5/2001 | Nakamura et al. |
| 6,274,847 B1 * | 8/2001 | Hlava et al. ............... 219/433 |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| GB | 2061091 | * 5/1981 | ............... 219/433 |

* cited by examiner

Primary Examiner—Mark Paschall
(74) Attorney, Agent, or Firm—Brinks Hofer Gilson & Lione

(57) **ABSTRACT**

A programmable slow-cooker appliance, in which a user sets a time and temperature for cooking a food item. A programmable controller prevents the unit from being used solely as a "keep warm" appliance, and a unique design allows cooling of the controller during cooking.

**19 Claims, 12 Drawing Sheets**





FIG. 1
PRIOR ART

FIG. 2
PRIOR ART



FIG. 3
PRIOR ART



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8

Case 1:05-cv-10504-NMG     Document 1-2     Filed 03/17/2005     Page 10 of 18



# FIG. 9



FIG. 10



FIG. 11



FIG. 12



FIG. 13

US 6,573,483 B1

| 1 | 2 |

# PROGRAMMABLE SLOW-COOKER APPLIANCE

This application claims priority to Provisional Application No. 60/189,443, filed Mar. 15, 2000, and to Provisional Application No. 60/196,273, filed Apr. 5, 2000.

## BACKGROUND OF THE INVENTION

Time and convenience are in short supply for homemakers wishing to supply a home-cooked meal to family members. Some appliances, such as slow-cooker appliances, attempt to meet this need by providing all-day cooking while a homemaker is absent. Such appliances, however, tend to be of the type where only one temperature and all day cooking is possible, regardless of the food item, and thus potentially subjecting the food item to over- or under-cooking. Another option may be to use a cooking unit with a controller, where a user may set a time or temperature desired. These units, however, tend to be quite a bit larger and more expensive than slow-cooker appliances. If these units are of more reasonable size, they also suffer because the controller inevitably must be placed near the heating element.

What is needed is a cooking appliance in which the user retains control over the time and temperature of cooking, but which is small enough to be convenient. What is needed is a slow-cooker unit in which the controller does not become overheated and damaged by the heating element.

## SUMMARY OF THE INVENTION

One embodiment of the invention is a programmable slow-cooker appliance, including a heating unit, which includes upstanding sidewalls and a bottom wall. The sidewalls and bottom encompass a heating area. The appliance includes a heating element mounted on the inner surface of the interior wall of the heating unit. In one embodiment, the cooking area may also encompass a cooking unit inside the heating unit, suitable for holding food to be cooked. The appliance includes a programmable controller mounted on its outside, and preferably mounted via a controller housing, which acts to insulate the controller from the heat of the appliance, preferably via a unique system of a heat sink and ventilation. The housing, on the side of the slow-cooker appliance, utilizes ventilation holes on its bottom and top to encourage a chimney effect, in which cool air from the surroundings is drawn into ventilation slots or holes at the bottom of the housing. This air cools the controller, and the air is then expelled from ventilation holes on the top of the housing, convecting heat away from the controller.

Another aspect of the invention is a method of using the programmable controller to ensure that food is cooked according to the desires of a user. The user provides a food item and places the food item into the slow-cooker appliance, as described above. The user sets a cooking time and temperature for the programmable slow-cooker unit, using the controls to set both the time and the temperature. The cooking time according to one embodiment may not be set less than four hours, and the temperature may not be set for less than 150 degrees Fahrenheit (66 degrees Celsius). This prevents a user from accidentally setting the cooker to a "warm" temperature, in which food would only be warmed but not cooked thoroughly before consumption. In one embodiment, if the user sets no time or temperature, but merely turns the cooker on, the cooker defaults to a particular time and temperature, set by the user or the factory, such as a default setting of four hours and 175 degrees Fahrenheit or eight hours and 150 degrees Fahrenheit.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a perspective view of an embodiment of a prior art slow-cooker appliance having an oval shape that may be utilized in the present invention;

FIG. 2 is a perspective view of a prior art embodiment of a cooking unit 14 which may be utilized with the appliance of FIG. 1;

FIG. 3 is a perspective view of a prior art cooking unit 39 similar to that shown in FIG. 2, but having a circular shape;

FIG. 4 is a perspective view of a slow cooker appliance incorporating the present invention;

FIG. 5 is a detailed plan view of a portion of the control 200 of the embodiment of FIG. 4;

FIG. 6 is a bottom plan view of the embodiment of FIG. 4;

FIG. 7 is a side cutaway view of the embodiment of FIG. 4;

FIG. 8 is a plan view of a heat sink 256 as utilized in the embodiment of FIG. 4;

FIG. 9 is a side view taken along a line 9—9 of FIG. 8;

FIGS. 10 and 13 are schematic circuit diagrams showing the circuitry and components implemented in preferred embodiments;

FIG. 11 is a wiring diagram showing some of the electric componentry of the preferred embodiment; and

FIG. 12 is an embodiment of the front panel.

## DETAILED DESCRIPTION OF THE DRAWINGS AND PREFERRED EMBODIMENTS

Referring to FIG. 1, one prior art embodiment of a food-heating slow-cooker appliance 10 is shown. The appliance 10 preferably comprises a heating unit 12 and a cooking unit 14. An exemplary slow cooker appliance 10 may be a Crock-Pot® Slow Cooker made by The Rival Division of The Holmes Group® of Milford, Mass. The heating unit 12 preferably has a bottom 16 and a continuous outer sidewall 18. The bottom 16 and an interior sidewall 17 define a well-like heating chamber 20 having an oval cross-section, and the interior sidewall 17 defines an annular lip 22 at an upper edge of the outer sidewall 18 and the interior sidewall 17. The heating chamber 20 has a heating element 24 disposed therein and mounted to the heating unit 12, either under the bottom 16 or additionally between the outer sidewall 18 and the interior sidewall 17. A control switch 26 is conventionally used to provide electricity to the heating element 24. The heating element 24 functions to heat the cooking unit 14 via the heating chamber 20.

As shown in FIG. 2, the cooking unit 14 has a bottom 28 with preferably a continuous sidewall 30 upstanding therefrom. The continuous sidewall 30 preferably has an annular lip 38 projecting in flange-like fashion from the upper end thereof and a substantially oval cross-section. The cooking unit 14 is adapted to be at least partially received within the heating unit 12 with the annular lip 38 of the cooking unit 14 preferably engaging the annular lip 22 of the heating unit 12, supporting the cooking unit 14 within the heating unit 12. Preferably, the annular lip 38 further defines a pair of handle portions 38(a) and 38(b) to facilitate lifting the cooking unit 14. The cooking unit 14 is preferably made of ceramic with a coating of conventional glazing compound.

The thermal and heat retaining properties of the ceramic cooking unit 14 allow it to conduct heat from the heating chamber 20 through the sidewall 30. This provides even heating throughout the unit 14.

US 6,573,483 B1

3

As shown in FIG. 3, an alternative embodiment of the appliance 10 includes a cooking unit 39 having a sidewall 40 and a substantially circular cross-section. This embodiment is preferably adapted to fit within a heating unit having a complementary circular heating chamber. This cooking unit 39 is used in an embodiment of the present invention shown in FIG. 4.

In use, the heating unit 12 is provided with a first cooking unit 39. The heating element 24 (not shown) may be powered on and off as necessary to supply heat at a maintained temperature to the cooking unit 39 and the heating chamber via a programmable control 200. The control 200 preferably includes a circuit board housing 210, a control panel 220, and an insulation shield 222 assembled together for attachment to the outer sidewall 18 of the heating unit 12. The interior of the housing 210 contains a printed circuit board 254 (shown in FIG. 7) containing electronic components of the control.

As shown in FIGS. 5 and 6, the housing 210 preferably includes a control panel user interface 224 located on an inclined front surface of the housing 210. Preferably, the housing 210 and insulation shield 222 are made from a thermoplastic material such as polypropylene. A pair of side walls 226, a top wall 228, and bottom wall 230 are preferably located adjacent the control panel 224 and support the control panel 224 in an inclined position away from the front of the cooking appliance 10. This gives the user access to the control panel 224, and also locates the controls and componentry within the housing 210 away from a significant amount of the heat generated by the appliance 10. The printed circuit board 254 may be mounted via threaded screws 255 to rearwardly projecting screw receiving portions 258 on the rear side of the housing 210.

The control panel 224 includes a plurality of indicator lights, such as LEDs 262, spaced on the front panel 224. As is well-known in the art, a variety of other indicator devices may be provided, including digital readouts, audible alarms, liquid crystal displays, incandescent lamps or fluorescent readouts. Preferably, the control panel 224 also includes a plurality of cantilevered portions 264 and 266 as shown in FIG. 5. The cantilevered portions 264, 266 preferably include rearwardly projecting fingers 268 (shown in FIG. 7) which translate the depression of the portions 264, 266 toward the rear portion of the housing 210. The fingers 268 are preferably used to depress pushbutton switch portions located on the circuit board 254. A water-impermeable label membrane may be applied over the front of the control panel 224 to label the indicators 262 and cantilevered portions 264 and 266 for the user. The membrane may also protect the front control panel 224 from damage from spilled foods or liquids and facilitate cleaning.

To further protect the electronic componentry within the housing 210 from the heat generated by the appliance 10, the annular shield member 222 is preferably sized for interposition between the heating unit 12 and the housing 210. In particular, as shown in FIGS. 5 and 6, the shield 222 includes a top wall 232, a pair of side walls 234, and a bottom wall 236. The shield 222 acts as a ventilated spacer to hold the electronic components and the housing 210 at a distance away from sidewall of the cooking unit 12.

In order to dissipate heat that may otherwise be retained between the cooking unit 12 and the rear of the housing 210, an air circulation space is provided within the shield. In particular, as shown in the side cutaway view of FIG. 7, the air space 240 behind the shield 222 may vent warmer air out through an upper elongated slot 242 defined within the top

4

wall 232 of the shield 222. Likewise, an elongated slot 244 is defined into the air space 240 in the bottom wall 236 of the shield 222. Heated air may thus escape through the top elongated slot 242 and cooler air may enter the air space 240 through the bottom elongated slot 244. As shown in FIG. 7, the shield 222 also preferably defines a rearwardly projecting cylindrical flange 246 that extends into the outer wall 18 to allow passage of control and power wiring between the interior of the heating unit 12 and the interior of the housing 210.

In a similar fashion, air circulation is promoted through the housing 210 through a set of openings, preferably defined between the upper portion and the bottom of the housing 210. In particular, a plurality of openings 250 are defined within the bottom wall 230 of the housing 210. An elongated upper slot 252 is provided on the front face 224 of the housing 210. This allows air to freely circulate behind the control panel 224 and assist in the dissipation of heat from the circuit board 254 and its electronic componentry within the housing 210. Preferably, a heat sink 256 is provided as shown in FIG. 7 and positioned between the circuit board 254 and the front panel 224 inside the housing 210. The sink 256 preferably includes a plurality of openings defined therein to allow air to circulate between the openings 250 and 252 and through and around the heat sink 256 to dissipate additional heat therefrom. Also shown is the relative position of cooking unit 14.

FIGS. 8 and 9 show a detailed view of the heat sink 256. Preferably, the heat sink is machined from 0.063 inch thick 3003-0 anodized aluminum. The heat sink 256 is preferably bent at a 160 degree angle between a bottom flange portion 256a and an upper portion 256b. A centrally located retaining tab portion 256c is bent parallel with the lower portion 256a, and the portions 256a and 256c are used for attachment of the heat sink 256 to the rear side of the housing 210 interior via the rearwardly projecting screw receiving portions 258. To maximize the dissipation of heat, a plurality of winged sections 257 and 259 are provided on the heat sink 256 and extend outwardly from a center portion 256a of the heat sink 256. A plurality of openings are defined through the heat sink 256 to allow the fingers 258 of the control panel cantilevered portions 264, 266 to project through the heat sink and contact the rear portions 254 at the rear of the housing 210. The openings 251 also facilitate cooling air flow through and past the heat sink 256 to further dissipate heat therefrom.

The circuit board 254 mounts circuitry and logic allowing the user of the appliance 10 to electronically control and program cooking cycles and temperature. A schematic diagram of the electronic circuitry and components is shown in FIG. 10. The diagram shows a preferred exemplary circuit incorporating preferred components as utilized in the preferred embodiment of the present invention. One skilled in the art will recognize that the componentry illustrated herein is exemplary only and that many other components may be substituted to achieve the functions described herein. FIG. 10 includes labels for each of the components of the circuit, and only major components will be described herein.

First, as shown in the diagram, the preferred circuit 300 is preferably built around an EPROM/ROM-based CMOS microprocessor controller 302, such as the PIC16CR54C RISC CPU manufactured by Microchip Technology, Inc. The chip output preferably includes circuited drivers for 6 LED indicators 262 (labeled D3–D8) as shown. These LED indicators may be assigned labels as follows:

US 6,573,483 B1

5

| LED | Indicates |
|-----|-----------|
| D3 | On |
| D4 | WARM |
| D5 | 4 HOUR |
| D6 | 6 HOUR |
| D7 | 8 HOUR |
| D8 | 10 HOUR |

Two momentary pushbutton contact switches S1 and S2 are used to trigger the "Off" and "Cook" features, respectively, as will be described in the cooking procedure below. Of course, other indicators and switches may be substituted. Note that while examples are given, the circuitry may be implemented in numerous ways, as is well-known in the art, to accomplish the varying programming modes described below.

The temperature of the cooking appliance is measured using a thermistor 310, which is connected externally of the circuit board to the underside of the bottom of the heating chamber. A retention clip 320, shown in FIG. 7, is utilized to hold the thermistor in thermal contact with the bottom 16. In a preferred embodiment, the appliance uses a model USX1732 thermistor manufactured by U.S. Sensor, Inc.

Triac 304, which is preferably a logic Triac Model L4008L6-ND manufactured by Digi-Key, Inc., is utilized to switch the power supplied to the heating elements of the appliance. Preferably, the Triac is of an isolated tab type and includes a heat sink tab that is fastenable to the heat sink 256 shown in FIGS. 8 and 9. Preferably, the Triac is mounted separately to one of the mounting holes on the center portion 256a of the heat sink 256 so that the tab is in thermal contact with the heat sink 256 to dissipate heat generated from its current controlling function. Most of the other components of the circuit 300 are mounted on a conventional printed circuit board 254.

FIG. 11 shows the wiring of the external Triac 304 in relation to the circuit board 254 and heating elements 24. As shown in the Figure, the heating elements 24 are in thermal contact with and wrapping around the interior sidewall 17 of the heating unit.

The operation of the appliance 10 is as follows. The programmable circuitry 300 allows the user to set both the temperature and desired time for cooking. The functions of the switches S1 and S2, which are activatable via the cantilevered portions 264 and 266 of the control panel 224, are as follows:

S1. OFF pushbutton—turns the appliance 10 off.

S2. COOK pushbutton—subsequent pushes of the button cycle through 4 hour, 6 hour, 8 hour and 10 hour cook times.

When the unit is plugged in, the power "on" indicator flashes. The user then pushes the COOK button (switch S2) to set the temperature and cooking time. As the user pushes the COOK switch S2, the LED's D5–D8 illuminate to indicate the corresponding time setting as follows.

LEDs

D3. POWER—on when appliance 10 is in cook or warm modes.

D5. 4 HOUR—on when appliance is in 4-hour cook mode

D6. 6 HOUR—on when appliance is in 6-hour cook mode

D7. 8 HOUR—on when appliance is in 8-hour cook mode

D8. 10 HOUR—on when appliance is in 10-hour cook mode

6

D4. WARM—on when appliance is in half-power mode

Thus, subsequent pushes of the COOK switch S2 activate different cooking modes, as shown by the 6 HOUR, 8 HOUR and 10 HOUR LEDs 262 on the control panel 224. If the COOK switch S2 is pressed in the 10 HOUR mode, the control 200 recycles to the 4 HOUR cooking mode, and its indicator.

In general, full power will be applied to the heating element 24 until the time corresponding to the illuminated LED elapses, after which the power to the heating element 24 is reduced by half, the WARM indicator illuminates and all cook time indicators extinguish. The choices of operation are: 4 or 6 hours on a HI temperature, and 8 to 10 hours on a lower temperature setting. Once the user selects the desired setting, the appliance 10 starts the cooking operation. Once the time setting has expired, the appliance 10 automatically reduces power to the heating element 24 to put the unit in a WARM setting. The unit will stay in the WARM setting until the user pushes the OFF button or unplugs the unit. Of course, other programming schemes are possible.

Preferably, the user cannot set the unit initially in the WARM setting. The system will only go to WARM after one of the time functions has expired. This avoids possible food safety problems that may be associated with cooking food only on the WARM setting. Pressing the OFF switch S1 any time the unit is on preferably removes power from the heating element 24 and extinguishes all indicator LEDs 262.

In another embodiment, the slow-cooker appliance utilizes four push-button switches, rather than two, to set times and temperatures for cooking. An exemplary control panel is depicted in FIG. 12, with control circuitry in FIG. 13. Four momentary pushbutton contact switches 227, 229, 231, 233 are used to trigger various power and setting functions as will be described in the cooking procedure below. Of course, other numbers or types of indicators and switches may be substituted as well. FIG. 13 shows circuitry applicable to such an embodiment, incorporating controller 302, external temperature element 310, digital readout 57, and Power LED 263 and Timer LED 265. The Power LED indicates power is present at the microprocessor and the Timer LED indicates that the Timer function is on and working.

The operation of the appliance is as follows. The programmable circuitry allows the user to set both the temperature and the desired cooking time. The functions of the switches 227, 229, 231, 233 on an alternative embodiment of a control panel user interface 225, are as follows:

227. ON/OFF power pushbutton—turns the appliance on and off.

229. TIMER pushbutton—activates stepped timer.

231. UP pushbutton—increases displayed numerical value.

233. DOWN pushbutton—decreases displayed numerical value.

When the unit is plugged in, the unit defaults to 150-degrees F. as shown on the digital display 57. The user may adjust the desired cooking temperature in 25-degree increments using the UP 231 button or the DOWN button 233, with 150 degrees Fahrenheit as a minimum temperature. Once the user has selected the specific temperature, the appliance will start the cooking process.

The user may also select the TIMER mode by pressing the TIMER button 229. In TIMER mode, the controller defaults to 4 hours. The user can use the UP or DOWN controls to increase or decrease the time in 15-minute increments. Once the time is set, the controller 302 will count down the time remaining for cooking in 1 minute increments until the unit

US 6,573,483 B1

7

"times out". At that time, the power is shut off from the heating element.

In all modes, the temperature is read periodically by the thermistor or other temperature element and relayed to the controller. The reading is checked at 4-second intervals. If the temperature is above or equal to the set point, power is removed. If it is below the set point, power is applied to the heating element 32. Of course, the circuitry can be modified as desired to achieve various program methods and modes.

Another embodiment of the slow cooker appliance adds a piezobuzzer to the circuitry. A piezobuzzer is simply an electrically-activated buzzer that can be programmed to emit a sound at desired moments. In one embodiment, a piezobuzzer may be installed as an output 315, controlled by the microprocessor controller 302, as shown in FIG. 13, and programmed to emit a sound when desired. In one embodiment, the buzzer may beep to provide feedback to a user when a pushbutton is pushed. The slow cooker may also be programmed to emit a sound to indicate the end of the cooking time. The buzzer may also be used to emit sounds at other desired times.

It is intended that the foregoing description illustrates rather than limits this invention, and that it is the following claims, including all equivalents, which define this invention. Of course, it should be understood that a wide range of changes and modifications may be made to the embodiments described above. Accordingly, it is the intention of the applicants to protect all variations and modifications within the valid scope of the present invention. It is intended that the invention be defined by the following claims, including all equivalents.

What is claimed is:

1. A programmable slow-cooker appliance, comprising:
a heating unit;
a cooking unit adapted to fit at least partially within the heating unit;
a controller housing fixedly mounted to an outside of the heating unit; and
a programmable controller mounted to the housing to control the heating unit, wherein said housing is configured to convect heat away from the controller.

2. The slow-cooker appliance of claim 1, wherein the housing is an enclosure for at least a portion of the controller.

3. The slow-cooker appliance of claim 2, wherein the controller housing insulates the controller from the heating unit.

4. The slow-cooker appliance of claim 3, wherein the housing further comprises a heat shield, and the heat shield is made from a material selected from at least one of thermoplastics and insulating materials.

5. The slow-cooker appliance of claim 4, wherein the housing defines ventilation openings configured to allow air to flow into and out of said housing.

8

6. The slow-cooker appliance of claim 5, wherein the housing includes at least a pair of slots defined in an upper and lower part of the housing to define airflow thru the slots and behind the controller.

7. The slow-cooker appliance of claim 1, wherein the controller further comprises control elements and a display.

8. The slow-cooker appliance of claim 7, wherein the control elements are selected from the group consisting of a control panel, push-buttons, switches, and a digital readout.

9. The slow-cooker appliance of claim 1, further comprising a temperature measuring device in communication with said controller.

10. The slow-cooker appliance of claim 1, further comprising a piezobuzzer.

11. A control housing for a slow cooker heating unit, said housing comprising:
a front wall;
a bottom wall defining at least one lower opening, the bottom wall attached to the front wall;
a top wall defining at least one upper opening, the top wall attached to the front wall; and
a circuit board mounted behind the front wall, the circuit board apart from a wall of the heating unit.

12. The control housing of claim 11, further comprising a heat sink between the circuit board and the front wall.

13. A method of using a programmable slow-cooker appliance, the method comprising:
providing a food item;
placing the food item into a cooking unit of the slow-cooker appliance;
selecting a cooking temperature and time using a programmable controller mounted to a housing fixedly mounted to a heating unit; and
changing the heating unit temperature automatically to a lower temperature after the selected time.

14. The method of claim 13, further comprising notifying a user with illuminated indicators that the slow-cooker appliance is powered and that the timer is active.

15. The method of claim 13, wherein the temperature is set by default upon selection of a cooking time.

16. The method of claim 13, wherein the time is selected from the group consisting of 4 hours, 6 hours, 8 hours and 10 hours and the temperature is selected from the group consisting of high and low.

17. The method of claim 13, wherein the temperature and time are set in increments.

18. The method of claim 13, further comprising cooling the electronic circuitry of the programmable controller via a chimney effect.

19. The method of claim 13, further comprising emitting a sound.

* * * * *

**EXHIBIT B**

US006740855B1

(12) **United States Patent**
DeCobert et al.

(10) **Patent No.:**    **US 6,740,855 B1**
(45) **Date of Patent:**        *May 25, 2004

(54) **PROGRAMMABLE SLOW-COOKER APPLIANCE**

(75) Inventors: **James E. DeCobert**, Attleboro, MA (US); **Lorens G. Hlava**, Clinton, MO (US); **Charles T. Thrasher, Jr.**, Clinton, MA (US)

(73) Assignee: **The Holmes Group, Inc.**, Milford, MA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **10/386,276**

(22) Filed: **Mar. 11, 2003**

**Related U.S. Application Data**

(63) Continuation of application No. 09/802,174, filed on Mar. 8, 2001, now Pat. No. 6,573,483.

(60) Provisional application No. 60/196,273, filed on Apr. 5, 2000, and provisional application No. 60/189,443, filed on Mar. 15, 2000.

(51) Int. Cl.[7] ......................................... **H05B 1/02**

(52) U.S. Cl. ...................... **219/506;** 219/429; 219/435; 219/436; 219/494; 99/340

(58) Field of Search ................................. 219/506, 494, 219/497, 501, 505, 430–439, 429; 99/340

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 3,681,663 A | 8/1972 | Albers |
| 4,313,051 A | 1/1982 | Aoshima |
| 4,345,145 A | 8/1982 | Norwood |
| 4,535,386 A | 8/1985 | Frey, Jr. et al. |
| 4,551,590 A | 11/1985 | Mahon |
| 4,566,802 A | 1/1986 | Koehler |
| 4,668,878 A | 5/1987 | Wyss |
| 4,674,890 A | 6/1987 | Kojima et al. |
| 4,695,683 A | 9/1987 | Wingler et al. |
| 4,695,710 A | 9/1987 | Yamashita et al. |
| 4,742,864 A | 5/1988 | Duell et al. |
| 4,749,874 A | 6/1988 | Meisner et al. |
| 4,764,715 A | 8/1988 | Kowalewski et al. |
| 4,789,761 A | 12/1988 | Malone et al. |
| 4,835,349 A | 5/1989 | Weber |
| 4,841,896 A | 6/1989 | Adams et al. |
| 4,857,758 A | 8/1989 | Rigazio et al. |
| 4,959,512 A | 9/1990 | Cok et al. |
| 5,191,231 A | 3/1993 | Berry |
| 5,430,598 A | 7/1995 | Rodolfo et al. |
| 5,477,029 A | 12/1995 | Skutt et al. |
| 5,539,185 A | 7/1996 | Polster |
| 5,596,552 A | 1/1997 | Lim |
| 5,615,604 A | 4/1997 | Chenglin |
| 5,734,149 A | 3/1998 | Skutt et al. |
| 5,771,267 A | 6/1998 | Muroi et al. |
| 5,834,718 A | 11/1998 | Antonelli |
| 6,191,393 B1 | 2/2001 | Park |
| 6,229,507 B1 | 5/2001 | Nakamura et al. |
| 6,362,459 B1 | 3/2002 | Schmidt |
| 6,570,139 B1 | 5/2003 | Levy et al. |
| 6,573,483 B1 | 6/2003 | DeCobert et al. |

FOREIGN PATENT DOCUMENTS

| JP | 05-317164 | 12/1993 |
| JP | 06-327553 | 11/1994 |
| JP | 07-051158 | 2/1995 |
| JP | 07-136059 | 5/1995 |
| JP | 07-241236 | 9/1995 |
| JP | 08-140833 | 6/1996 |
| JP | 10-225373 | 8/1998 |
| JP | 11-137419 | 5/1999 |
| JP | 11-313761 | 11/1999 |
| JP | 2001-070139 | 3/2001 |
| JP | 2001-297865 | 10/2001 |
| JP | 2002-039546 | 2/2002 |
| JP | 2003-045630 | 2/2003 |

OTHER PUBLICATIONS

Rival Crock–Pot® Slow Electric Stoneware Cooker instruction manual.

Faberware® Millennium® Use & Care Instructions Manual (1999).

*Primary Examiner*—Mark Paschall
(74) *Attorney, Agent, or Firm*—Hoffmann & Baron, LLP; Francis E. Marino

(57) **ABSTRACT**

A programmable slow-cooker appliance, in which a user sets a time and temperature for cooking a food item. A programmable controller prevents the unit from being used solely as a "keep warm" appliance, and a unique design allows cooling of the controller during cooking.

**42 Claims, 12 Drawing Sheets**





FIG. 1
PRIOR ART

FIG. 2
PRIOR ART



FIG. 3
PRIOR ART



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8



256c

256b

256

256a

# FIG. 9



FIG. 10



FIG. 11



FIG. 12



FIG. 13

US 6,740,855 B1

1

# PROGRAMMABLE SLOW-COOKER APPLIANCE

This application is a continuation of application Ser. No. 09/802,174, filed Mar. 8, 2001, (pending), which is hereby incorporated by reference herein.

This application claims priority to Provisional Application No. 60/189,443, filed Mar. 15, 2000, and to Provisional Application No. 60/196,273, filed Apr. 5, 2000.

This application also claims priority to U.S. patent application Ser. No. 09/802,174, filed Mar. 8, 2001, now U.S. Pat. No. 6,573,483 the entirety of which is incorporated herein.

## BACKGROUND OF THE INVENTION

Time and convenience are in short supply for homemakers wishing to supply a home-cooked meal to family members. Some appliances, such as slow-cooker appliances, attempt to meet this need by providing all-day cooking while a homemaker is absent. Such appliances, however, tend to be of the type where only one temperature and all day cooking is possible, regardless of the food item, and thus potentially subjecting the food item to over- or under-cooking. Another option may be to use a cooking unit with, a controller, where a user may set a time or temperature desired. These units, however, tend to be quite a bit larger and more expensive than slow-cooker appliances. If these units are of more reasonable size, they also suffer because the controller inevitably must be placed near the heating element.

What is needed is a cooking appliance in which the user retains control over the time and temperature of cooking, but which is small enough to be convenient. What is needed is a slow-cooker unit in which the controller does not become overheated and damaged by the heating element.

## SUMMARY OF THE INVENTION

One embodiment of invention is a programmable slow-cooker appliance, including a heating unit, which includes upstanding sidewalls and a bottom wall. The sidewalls and bottom encompass a heating area. The appliance includes a heating element mounted on the inner surface of the interior wall of the heating unit. In one embodiment, the cooking area may also encompass a cooking unit inside the heating unit, suitable for holding food to be cooked. The appliance includes a programmable controller mounted thereto via a controller housing, which acts to insulate the controller from the heat of the appliance, preferably via a unique system of ventilation. The housing utilizes ventilation holes on its bottom and top to encourage a chimney effect, in which air from the surroundings is drawn through the housing. This air cools the controller, and the air is then exits from ventilation holes near the top of the housing, convecting heat away from the controller.

Another aspect of the invention is a method of using the programmable controller to ensure that food is cooked according to the desires of a user. The user provides a food item and places the food item into the slow-cooker appliance, as described above. The user sets a cooking time and temperature for the programmable slow-cooker unit, using the controls to set both the time and the temperature. The cooking time according to one embodiment may not be set less than four hours, and the temperature may not be set for less than 150 degrees Fahrenheit (66 degrees Celsius). This prevents a user from accidentally setting the cooker to a "warm" temperature, in which food would only be warmed but not cooked thoroughly before consumption. In one embodiment, if the user sets no time or temperature, but

2

merely turns the cooker on, the cooker defaults to a particular time and temperature, set by the user or the factory, such as a default setting of four hours and 175 degrees Fahrenheit or eight hours and 150 degrees Fahrenheit.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a perspective view of an embodiment of a prior art slow-cooker appliance having an oval shape that may be utilized in the present invention;

FIG. 2 is a perspective view of a prior art embodiment of a cooking unit 14 which may be utilized with the appliance of FIG. 1;

FIG. 3 is a perspective view of a prior art cooking unit 39 similar to that shown in FIG. 2, but having a circular shape;

FIG. 4 is a perspective view of a slow cooker appliance incorporating the present invention;

FIG. 5 is a detailed plan view of a portion of the control 200 of the embodiment of FIG. 4;

FIG. 6 is a bottom plan view of the embodiment of FIG. 4;

FIG. 7 is a side cutaway view of the embodiment of FIG. 4;

FIG. 8 is a plan view of a heat sink 256 as utilized in the embodiment of FIG. 4;

FIG. 9 is a side view taken along a line 9—9 of FIG. 8;

FIGS. 10 and 13 are schematic circuit diagrams showing the circuitry and components implemented in preferred embodiments;

FIG. 11 is a wiring diagram showing some of the electric componentry of the preferred embodiment; and

FIG. 12 is an embodiment of the front panel.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

Referring to FIG. 1, one prior art embodiment of a food-heating slow-cooker appliance 10 is shown. The appliance 10 preferably comprises a heating, unit 12 and a cooking unit 14. An exemplary slow cooker appliance 10 may be a Crock-Pot® Slow Cooker made by The Rival Division of The Holmes Group® of Milford, Mass. The heating unit 12 preferably has a bottom 16 and a continuous outer sidewall 18. The bottom 16 and an interior sidewall 17 define a well-like heating chamber 20 having an oval cross-section, and the interior sidewall 17 defines an annular lip 22 at an upper edge of the outer sidewall 18 and the interior sidewall 17. The heating chamber 20 has a heating element 24 disposed therein and mounted to the heating unit 12, either under the bottom 16 or additionally between the outer sidewall 18 and the interior sidewall 17. A control switch 26 is conventionally used to provide electricity to the heating element 24. The heating element 24 functions to heat the cooking unit 14 via the heating chamber 20.

As shown in FIG. 2, the cooking unit 14 has a bottom 28 with preferably a continuous sidewall 30 upstanding therefrom. The continuous sidewall 30 preferably has an annular lip 38 projecting in flange-like fashion from the upper end thereof and a substantially oval cross-section. The cooking unit 14 is adapted to be at least partially received within the heating unit 12 with the annular lip 38 of the cooking unit 14 preferably engaging the annular lip 22 of the heating unit 12, supporting the cooking unit 14 within the heating unit 12. Preferably, the annular lip 38 further defines a pair of handle portions 38(a) and 38(b) to facilitate lifting the cooking unit 14. The cooking unit 14 is preferably made of ceramic with a coating of conventional glazing compound.

US 6,740,855 B1

3

The thermal and heat retaining properties of the ceramic cooking unit 14 allow it to conduct heat from the heating chamber 20 through the sidewall 30. This provides even heating throughout the unit 14.

As shown in FIG. 3, an alternative embodiment of the appliance 10 includes a cooking unit 39 having a sidewall 40 and a substantially circular cross-section. This embodiment is preferably adapted to fit within a heating unit having a complementary circular heating chamber. This cooking unit 39 is used in an embodiment of the present invention shown in FIG. 4.

In use, the heating unit 12 is provided with a first cooking unit 39. The heating element 24 (not shown) may be powered on and off as necessary to supply heat at a maintained temperature to the cooking unit 39 and the heating chamber via a programmable control 200. The control 200 preferably includes a circuit board housing 210, a control panel 220, and an insulation shield 222 assembled together for attachment to the outer sidewall 18 of the heating unit 12. The interior of the housing 210 contains a printed circuit board 254 (shown in FIG. 7) containing electronic components of the control.

As shown in FIGS. 5 and 6, the housing 210 preferably includes a control panel user interface 224 located on an inclined front surface of the housing 210. Preferably, the housing 210 and insulation shield 222 are made from a thermoplastic material such as polypropylene. A pair of side walls 226, a top wall 228, and bottom wall 230 are preferably located adjacent the control panel 224 and support the control panel 224 in an inclined position away from the front of the cooking appliance 10. This gives the user access to the control panel 224, and also locates the controls and componentry within the housing 210 away from a significant amount of the heat generated by the appliance 10. The printed circuit board 254 may be mounted via threaded screws 255 to rearwardly projecting screw receiving portions 258 on the rear side of the housing 210.

The control panel 224 includes a plurality of indicator lights, such as LEDs 262, spaced on the front panel 224. As is well-known in the art, a variety of other indicator devices may be provided, including digital readouts, audible alarms, liquid crystal displays, incandescent lamps or fluorescent readouts. Preferably, the control panel 224 also includes a plurality of cantilevered portions 264 and 266 as shown in FIG. 5. The cantilevered portions 264, 266 preferably include rearwardly projecting fingers 268 (shown in FIG. 7) which translate the depression of the portions 264, 266 toward the rear portion of the housing 210. The fingers 268 are preferably used to depress pushbutton switch portions located on the circuit board 254. A water-impermeable label membrane may be applied over the front of the control panel 224 to label the indicators 262 and cantilevered portions 264 and 266 for the user. The membrane may also protect the front control panel 224 from damage from spilled foods or liquids and facilitate cleaning.

To further protect the electronic componentry within the housing 210 from the heat generated by the appliance 10, the annular shield member 222 is preferably sized for interposition between the heating unit 12 and the housing 210. In particular, as shown in FIGS. 5 and 6, the shield 222 includes a top wall 232, a pair of side walls 234, and a bottom wall 236. The shield 222 acts as a ventilated spacer to hold the electronic components and the housing 210 at a distance away from sidewall of the cooking unit 12.

In order to dissipate heat that may otherwise be retained between the cooking unit 12 and the rear of the housing 210,

4

an air circulation space is provided within the shield. In particular, as shown in the side cutaway view of FIG. 7, the air space 240 behind the shield 222 may vent warmer air out through an upper elongated slot 242 defined within the top wall 232 of the shield 222. Likewise, an elongated slot 244 is defined into the air space 240 in the bottom wall 236 of the shield 222. Heated air may thus escape through the top elongated slot 242 and cooler air may enter the air space 240 through the bottom elongated slot 244. As shown in FIG. 7, the shield 222 also preferably defines a rearwardly projecting cylindrical flange 246 that extends into the outer wall 18 to allow passage of control and power wiring between the interior of the heating unit 12 and the interior of the housing 210.

In a similar fashion, air circulation is promoted through the housing 210 through a set of openings, preferably defined between the upper portion and, the bottom of the housing 210. In particular, a plurality of openings 250 are defined within the bottom wall 230 of the housing 210. An elongated upper slot 252 is provided on the front face 224 of the housing 210. This allows air to freely circulate behind the control panel 224 and assist in the dissipation of heat from the circuit board 254 and its electronic componentry within the housing 210. Preferably, a heat sink 256 is provided as shown in FIG. 7 and positioned between the circuit board 254 and the front panel 224 inside the housing 210. The sink 256 preferably includes a plurality of openings defined therein to allow air to circulate between the openings 250 and 252 and through and around the heat sink 256 to dissipate additional heat therefrom. Also shown is the relative position of cooking unit 14.

FIGS. 8 and 9 show a detailed view of the heat sink 256. Preferably, the heat sink is machined from 0.063 inch thick 3003-0 anodized aluminum. The heat sink 256 is preferably bent at a 160 degree angle between a bottom flange portion 256a and an upper portion 256b. A centrally located retaining tab portion 256c is bent parallel with the lower portion 256a, and the portions 256a and 256c are used for attachment of the heat sink 256 to the rear side of the housing 210 interior via the rearwardly projecting screw receiving portions 258. To maximize the dissipation of heat, a plurality of winged sections 257 and 259 are provided on the heat sink 256 and extend outwardly from a center portion 256a of the heat sink 256. A plurality of openings are defined through the heat sink 256 to allow the fingers 258 of the control panel cantilevered portions 264, 266 to project through the heat sink and contact the circuit board 254 at the rear of the housing 210. The openings 251 also facilitate cooling air flow through and past the heat sink 256 to further dissipate heat therefrom.

The circuit board 254 mounts circuitry and logic allowing the user of the appliance 10 to electronically control and program cooking cycles and temperature. A schematic diagram of the electronic circuitry and componentry is shown in FIG. 10. The diagram shows a preferred exemplary circuit incorporating preferred components as utilized in the preferred embodiment of the present invention. One skilled in the art will recognize that the componentry illustrated herein is exemplary only and that many other components may be substituted to achieve the functions described herein. FIG. 10 includes labels for each of the components of the circuit, and only major components will be described herein.

First, as shown in the diagram, the preferred circuit 300 is preferably built around an EPROM/ROM-based CMOS microprocessor controller 302, such as the PIC16CR54C RISC CPU manufactured by Microchip Technology, Inc. The chip output preferably includes circuited drivers for 6

US 6,740,855 B1

5

LED indicators 262 (labeled D3–D8) as shown. These LED indicators may be assigned labels as follows:

| LED | Indicates |
| --- | --- |
| D3 | On |
| D4 | WARM |
| D5 | 4 HOUR |
| D6 | 6 HOUR |
| D7 | 8 HOUR |
| D8 | 10 HOUR |

Two momentary pushbutton contact switches S1 and S2 are used to trigger the "Off" and "Cook" features, respectively, as will be described in the cooking procedure below. Of course, other indicators and switches may be substituted. Note that while examples are given, the circuitry may be implemented in numerous ways, as is well-known in the art, to accomplish the varying programming modes described below.

The temperature of the cooking appliance is measured using a thermistor 310, which is connected externally of the circuit board to the underside of the bottom of the heating chamber. A retention clip 320, shown in FIG. 7, is utilized to hold the thermistor in thermal contact with the bottom 16. In a preferred embodiment, the appliance uses a model USX1732 thermistor manufactured by U.S. Sensor, Inc.

Triac 304, which is preferably a logic Triac Model L4008L6-ND manufactured by Digi-Key, Inc., is utilized to switch the power supplied to the heating elements of the appliance. Preferably, the Triac is of an isolated tab type and includes a heat sink tab that is fastenable to the heat sink 256 shown in FIGS. 8 and 9. Preferably, the Triac is mounted separately to one of the mounting holes on the center portion 256a of the heat sink 256 so that the tab is in thermal contact with the heat sink 256 to dissipate heat generated from its current controlling function. Most of the other components of the circuit 300 are mounted on a conventional printed circuit board 254.

FIG. 11 shows the wiring of the external Triac 304 in relation to the circuit board 254 and heating elements 24. As shown in the Figure, the heating elements 24 are in thermal contact with and wrapping around the interior sidewall 17 of the heating unit.

The operation of the appliance 10 is as follows. The programmable circuitry 300 allows the user to set both the temperature and desired time for cooking. The functions of the switches S1 and S2, which are activatable via the cantilevered portions 264 and 266 of the control panel 224, are as follows:

S1. OFF pushbutton—turns the appliance 10 off.

S2. COOK pushbutton—subsequent pushes of the button cycle through 4 hour, 6 hour, 8 hour and 10 hour cook times.

When the unit is plugged in, the power "on" indicator flashes. The user then pushes the COOK button (switch S2) to set the temperature and cooking time. As the user pushes the COOK button (switch S2), the LED's D5–D8 illuminate to indicate the corresponding time setting as follows.

LEDs

D3. POWER—on when appliance 10 is in cook or warm modes.

D5. 4 HOUR—on when appliance is in 4-hour cook mode

D6. 6 HOUR—on when appliance is in 6-hour cook mode

D7. 8 HOUR—on when appliance is in 8-hour cook mode

6

D8. 10 HOUR—on when appliance is in 10-hour cook mode

D4. WARM—on when appliance is in half-power mode Thus, subsequent pushes of the COOK switch S2 activate different cooking modes, as shown by the 6 HOUR, 8 HOUR and 10 HOUR LEDs 262 on the control panel 224. If the COOK switch S2 is pressed in the 10 HOUR mode, the control 200 recycles to the 4 HOUR cooking mode, and its indicator.

In general, full power will be applied to the heating element 24 until the time corresponding to the illuminated LED elapses, after which the power to the heating element 24 is reduced by half, the WARM indicator illuminates and all cook time indicators extinguish. The choices of operation are: 4 or 6 hours on a HI temperature, and 8 to 10 hours on a lower temperature setting. Once the user selects the desired setting, the appliance 10 starts the cooking operation. Once the time setting has expired, the appliance 10 automatically reduces power to the heating element 24 to put the unit in a WARM setting. The unit will stay in the WARM setting until the user pushes the OFF button or unplugs the unit. Of course, other programming schemes are possible.

Preferably, the user cannot set the unit initially in the WARM setting. The system will only go to WARM after one of the time functions has expired. This avoids possible food safety problems that may be associated with cooking food only on the WARM setting. Pressing the OFF switch S1 any time the unit is on preferably removes power from the heating element 24 and extinguishes all indicator LEDs 262.

In another embodiment, the slow-cooker appliance utilizes four push-button switches, rather than two, to set times and temperatures for cooking. An exemplary control panel is depicted in FIG. 12, with control circuitry in FIG. 13. Four momentary pushbutton contact switches 227, 229, 231, 233 are used to trigger various power and setting functions as will be described in the cooking procedure below. Of course, other numbers or types of indicators and switches may be substituted as well. FIG. 13 shows circuitry applicable to such an embodiment, incorporating controller 302, external temperature element 310, digital readout 57, and Power LED 263 and Timer LED 265. The Power LED indicates power is present at the microprocessor controller and the Timer LED indicates that the Timer function is on and working.

The operation of the appliance is as follows. The programmable circuitry allows the user to set both the temperature and the desired cooking time. The functions of the switches 227, 229, 231, 233 on an alternative embodiment of a control panel user interface 225, are as follows:

227. ON/OFF power pushbutton—turns the appliance on and off.

229. TIMER pushbutton—activates stepped timer.

231. UP pushbutton—increases displayed numerical value.

233. DOWN pushbutton—decreases displayed numerical value.

When the unit is plugged in, the unit defaults to 150-degrees F, as shown on the digital display 57. The user may adjust the desired cooking temperature in 25-degree increments using the UP 231 button or the DOWN button 233, with 150 degrees Fahrenheit as a minimum temperature. Once the user has selected the specific temperature, the appliance will start the cooking process.

The user may also select the TIMER mode by pressing the TIMER button 229. In TIMER mode, the controller defaults to 4 hours. The user can use the UP or DOWN controls to

7

increase or decrease the time in 15-minute increments. Once the time is set, the controller 302 will count down the time remaining for cooking in 1 minute increments until the unit "times out". At that time, the power is shut off from the heating element.

In all modes, the temperature is read periodically by the thermistor or other temperature element and relayed to the controller. The reading is checked at 4-second intervals. If the temperature is above or equal to the set point, power is removed. If it is below the set point, power is applied to the heating element 32. Of course, the circuitry can be modified as desired to achieve various program methods and modes.

Another embodiment of the slow cooker appliance adds a piezobuzzer to the circuitry. A piezobuzzer is simply an electrically-activated buzzer that can be programmed to emit a sound at desired moments. In one embodiment, a piezobuzzer may be installed as an output 315, controlled by the microprocessor controller 302, as shown in FIG. 13, and programmed to emit a sound when desired. In one embodiment, the buzzer may beep to provide feedback to a user when a pushbutton is pressed. The slow cooker may also be programmed to emit a sound to indicate the end of the cooking time. The buzzer may also be used to emit sounds at other desired times.

It is intended that the foregoing description illustrates rather than limits this invention, and that it is the following claims, including all equivalents, which define this invention. Of course, it should be understood that a wide range of changes and modifications may be made to the embodiments described above. Accordingly, it is the intention of the applicants to protect all variations and modifications within the valid scope of the present invention. It is intended that the invention be defined by the following claims, including all equivalents.

What is claimed is:

1. A programmable slow-cooker appliance comprising:
a heating unit including a bottom and a continuous sidewall extending from said bottom, said bottom and said continuous sidewall including an outer sidewall and an interior sidewall and defining a well-like heating chamber;
a heating element mounted to said heating unit and disposed between said outer sidewall and said interior sidewall;
a cooking unit at least partially received within said well-like chamber;
a non-conductive housing fixedly mounted to and projecting outside said continuous sidewall of said heating unit, said housing having a bottom wall;
a lower vent in said bottom wall of said housing for admitting relatively cool air to said housing;
an upper vent in said housing for allowing the escape of relatively warm air from said housing;
a programmable circuit positioned within said housing such that heat is convected away therefrom as air passes through said housing and said vents and electrically connected to said heating element to electronically control and program cooking cycles and temperature; and
a control panel on said housing, said control panel being electronically connected to said programmable circuit.

2. A programmable slow-cooker appliance as described in claim 1 wherein said housing is comprised of a shield and a housing portion, said shield being interposed between and adjoining said outer sidewall of said heating unit and said housing portion, said control panel being incorporated on said housing portion.

8

3. A programmable slow-cooker appliance as described in claim 2 including a circuit board including said circuit mounted to and positioned within said housing, and a Triac electrically connected between said circuit board and said heating element.

4. A programmable slow-cooker appliance as described in claim 3 further including a heat sink position within said housing between said circuit and said control panel.

5. A programmable slow-cooker appliance as described in claim 4 wherein said Triac includes a heat sink tab in thermal contact with said heat sink.

6. A programmable slow-cooker appliance as described in claim 1 wherein said control panel includes a user interface located on an inclined front surface of said housing spaced away from said outer sidewall of said heating unit.

7. A programmable slow-cooker appliance as described in claim 6 wherein said lower and upper vents are positioned to allow air to circulate behind said control panel and assist in the dissipation of heat from said programmable circuit.

8. A programmable slow-cooker appliance as described in claim 6 wherein said housing is comprised of a shield and a housing portion, said shield being interposed between and adjoining said outer sidewall of said heating unit and said housing portion, said control panel being incorporated on said housing portion.

9. A programmable slow-cooker appliance as described in claim 8 wherein said upper and lower vents are in said housing portion.

10. A programmable slow cooker appliance as described in claim 9 wherein said housing is comprised of a thermoplastic material.

11. A programmable slow-cooker appliance as described in claim 1 wherein said cooking unit is made from a ceramic material and is removably positioned in said well-like chamber.

12. A programmable slow-cooker appliance comprising:
a heating unit including a bottom and a continuous sidewall extending from said bottom, said bottom and said continuous sidewall defining a well-like chamber;
a heating element mounted to said heating unit for providing heat to said well-like chamber;
a ceramic cooking unit removably positioned in said well-like chamber;
a non-conductive housing fixedly mounted to and projecting outside said continuous sidewall of said heating unit;
a programmable circuit positioned within said housing and electrically connected to said heating element to electronically control and program cooking cycles and temperature;
means including vents in said housing for cooling said programmable circuit by convecting heat away therefrom; and
a control panel mounted to said housing and electrically connected to said programmable circuit.

13. A programmable slow-cooker appliance as described in claim 12 wherein said programmable circuit includes a microprocessor controller.

14. A programmable slow-cooker appliance as described in claim 13 wherein said housing is comprised of a shield and a housing portion, said shield being interposed between and adjoining said outer sidewall of said heating unit and said housing portion, said control panel being incorporated on said housing portion.

15. A programmable slow-cooker appliance as described in claim 12 including means for automatically switching said heating element from a cook mode to a warm mode.

US 6,740,855 B1

9

16. A programmable slow-cooker appliance as described in claim 15 including a Triac electrically connected between said programmable circuit and said heating element.

17. A programmable slow-cooker appliance as described in claim 16 including a heat sink positioned within said housing, said Triac including a heat sink tab in thermal contact with said heat sink.

18. A programmable slow-cooker appliance as described in claim 12 wherein said means for cooking includes a lower vent in said housing for admitting relatively cool air to said housing and an upper vent in said housing for allowing the escape of relatively warm air from said housing.

19. A programmable slow-cooker appliance as described in claim 12 wherein said programmable circuit is configured to switch said heating element from a cooking mode to a warming mode at the expiration of a set cooking time.

20. A programmable slow-cooker appliance comprising:

a heating unit including a bottom and a continuous sidewall extending from said bottom, said bottom and said continuous sidewall defining a well-like chamber, said continuous sidewall including an outer sidewall and an interior sidewall;

a heating element mounted to said heating unit and disposed between said outer sidewall and said interior sidewall;

a housing fixedly mounted to and projecting outside said continuous sidewall of said heating unit;

a programmable circuit positioned within said housing and configured to automatically switch said heating element from a cook mode to a lower temperature warm mode at the end of a set cooking time;

a control panel mounted to said housing and including a user interface connected to said programmable circuit for selecting a cooking temperature and cooking time; and

a cooking unit removably positioned in said well-like chamber.

21. A programmable slow-cooker appliance as described in claim 20 wherein said housing includes a plurality of vent openings, a thermoplastic shield and a housing portion, said shield being disposed between said adjoining said outer sidewall of said heating unit and said housing portion, said housing portion including a control panel.

22. A programmable slow-cooker appliance as described in claim 21 including a heat sink positioned within said housing.

23. A programmable slow-cooker appliance as described in claim 22 including a Triac positioned within said housing and electrically connected between said programmable circuit and said heating element, said Triac being in thermal contact with said heat sink.

24. A programmable slow-cooker appliance as described in claim 20 wherein said housing is comprised of a thermoplastic material and said cooking unit is comprised of a ceramic material, said cooking unit being removably positioned in said well-like chamber.

25. A programmable slow-cooker appliance as described in claim 21 wherein said housing is comprised of a thermoplastic material and said cooking unit is comprised of a ceramic material.

26. A programmable slow-cooker appliance as described in claim 20 wherein said programmable circuit is configured such that a user cannot initially set a lower temperature warm mode.

27. A programmable slow-cooker appliance as described in claim 20 including a switch operatively associated with

10

said control panel, said programmable circuit being configured such that subsequent pushes of said switch activates different cook modes.

28. A programmable slow-cooker as described in claim 27 wherein said housing is vented.

29. A programmable slow-cooker appliance as described in claim 20 wherein said housing includes a thermoplastic portion adjoining and extending into said continuous sidewall of said heating unit.

30. A programmable slow-cooker appliance as described in claim 20 wherein said circuit is configured to default to cause operation of said appliance at a cooking temperature when plugged into a power source.

31. A slow-cooker appliance comprising:

a heating unit including a bottom and a sidewall defining a well-like heating chamber and a heating element for providing heat to said heating chamber;

a ceramic cooking unit including a bottom, a continuous sidewall upstanding from said bottom, and a lip extending outwardly from said sidewall, said cooking unit being dimensioned to be at least partially received within said well-like heating chamber and supported by engagement of said lip with said heating unit;

a housing assembly mounted to and projecting outwardly from said sidewall of said heating unit, said housing assembly including a thermoplastic portion adjoining said outer sidewall, an inclined front surface including a control panel having a user interface, and a vent opening; and

a programmable circuit positioned within said housing assembly, said user interface being connected to said programmable circuit for selecting cooking temperature and cooking time, said programmable circuit being configured to automatically switch said heating element from a cook mode to a lower temperature warm mode at the end of a set cooking time.

32. A slow-cooker appliance as described in claim 31 wherein said thermoplastic portion of said housing assembly extends into said sidewall of said heating unit.

33. A slow-cooker appliance as described in claim 31 wherein said housing assembly includes a bottom wall including a plurality of vent openings.

34. A slow-cooker appliance as described in claim 33 wherein said housing assembly includes a plurality of upper vent openings such that heat is convected away from said programmable circuit as air flows into said housing assembly through said vent openings in said bottom wall, through said housing assembly, and out of said housing assembly through said upper vent openings.

35. A slow-cooker appliance as described in claim 31 including a switch operatively associated with said control panel, said programmable circuit being configured such that subsequent pushes of said switch activates different cook modes.

36. A slow-cooker appliance as described in claim 31 wherein said circuit is configured to default to cause operation of said appliance at a cooking temperature when plugged into a power source.

37. A programmable slow-cooker appliance comprising:

a heating unit including a bottom and a continuous sidewall defining a well-like heating chamber and a heating element positioned for providing heat to said well-like heating chamber;

a cooking unit including a lip and adapted to fit at least partially within said heating unit such that said lip engages a top portion of said heating unit;

US 6,740,855 B1

11

a housing assembly mounted to and projecting from said sidewall of said heating unit, said housing assembly including a thermoplastic portion adjoining said sidewall of said heating unit, a bottom wall adjoining said sidewall, and an inclined front surface including a control panel user interface spaced from said sidewall; and

a circuit including a programmable controller positioned within said housing assembly and operatively associated with said user interface, said circuit being configured to allow a user to set both cooking temperature and cooking time and to cause said heating element to operate in a warm mode at the expiration of a set cooking time, said control panel being electronically connected to said circuit.

38. A programmable slow-cooker appliance as described in claim 37 wherein said circuit is incorporated on a printed circuit board and a heat sink is positioned in said housing assembly between said printed circuit board and said control panel user interface.

12

39. A programmable slow-cooker appliance as described in claim 37 wherein said bottom wall of said housing assembly is vented.

40. A programmable slow-cooker appliance as described in claim 37 wherein said housing assembly includes an upper vent opening positioned such that, when operated, relatively cool air enters said housing assembly through said vented bottom wall, passes over said circuit, and relatively warm air exits said housing assembly through said upper vent opening.

41. A programmable slow-cooker appliance as described in claim 37 wherein said circuit is configured to default to cause operation of said appliance at a cooking temperature when plugged into a power source.

42. A programmable slow-cooker appliance as described in claim 41 including a switch operatively associated with said control panel such that subsequent pushes of said switch activates different cooking times and temperatures.

* * * * *

# EXHIBIT C

PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| Applicant(s) | DeCobert, et al. | Examiner: | J. M. Pelham |
| Serial No.: | 10/323,234 | Group Art Unit: | 3742 |
| Confirmation No.: | Unassigned | Docket: | 717-675 CIP |
| Filed: | December 18, 2002 | Dated: | December 1, 2003 |
| For: | PROGRAMMABLE SLOW-COOKER APPLIANCE | | |

Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450

*I hereby certify this correspondence is being deposited with the United States Postal Service as first class mail, postpaid in an envelope, addressed to: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450 on December 1, 2003*

Signed: Nicole Lispole

## AMENDMENT

Sir:

In response to the Office Action from the Patent and Trademark Office dated June 4, 2003, kindly amend the above-referenced application as follows:

**Amendments to the Claims** begin on page 2 of this paper.

**Remarks/Arguments** begin on page 5 of this paper.

Application Serial No.: 10/323,234
Filing Date: December 18, 2002
Docket: 717-675 CIP
Page 2 of 8

## IN THE CLAIMS

### Listing of the Claims

1-20.    (Cancelled)

21.      (New)  A programmable slow-cooker appliance comprising:

a heating unit including a bottom and a continuous sidewall defining a well-like heating chamber having an open top end, a heating element positioned for providing heat to said well-like chamber, and a pair of handles extending in opposite directions from said continuous side wall;

a ceramic cooking unit adapted to be supported by said heating unit and to extend at least partially within said well-like heating chamber;

a thermoplastic housing assembly mounted to and projecting from said sidewall of said heating unit, said housing assembly being positioned between said handles of said heating unit and including a top wall, a bottom wall, a pair of side walls, and a vent;

a control panel supported by said housing assembly in an inclined position spaced away from said continuous sidewall of said heating unit;

a circuit including a programmable controller positioned within said housing assembly and operatively associated with said control panel, said circuit being configured to cause the heating element to operate in a warm mode and a plurality of cooking modes and to allow a user to set cooking time and temperature.

22.      (New)  A programmable slow-cooker appliance as described in Claim 21, wherein said programmable controller is an application specific integrated circuit.

2

Application Serial No.: 10/323,234                              Response to Office Action of June 4, 2003
Filing Date: December 18, 2002
Docket: 717-675 CIP
Page 3 of 8

23.    (New) A programmable slow-cooker appliance as described in Claim 21, wherein

said circuit is configured to switch said heating element from a cooking mode to lower

temperature warm mode following expiration of a set cooking time.

24.    (New) A programmable slow-cooker appliance as described in Claim 23, wherein

said circuit is configured to prevent a user from initially setting a lower temperature warm

mode.

25.    (New) A programmable slow-cooker appliance as described in Claim 23, including a

thermistor mounted to said heating unit and connected to said programmable controller.

26.    (New) A programmable slow-cooker appliance as described in Claim 21, wherein

said housing assembly includes a housing and a shield, said shield being positioned between

and adjoining said continuous sidewall of said heating unit and said housing, said housing

being vented.

27.    (New) A programmable slow-cooker appliance as described in Claim 26, wherein

said housing assembly includes upper and lower openings positioned such that relatively cool

air can be admitted through said lower opening and relatively hot air can be expelled through

said upper opening, said circuit being positioned such that it is cooled by convection by air

flowing into said lower opening, through said housing assembly, and out through said upper

opening.

Application Serial No.: 10/323,234
Filing Date: December 18, 2002
Docket: 717-675 CIP
Page 4 of 8

28.    (New) A programmable slow-cooker appliance as described in Claim 21, including a

heat sink positioned in said housing assembly, a Triac connected between said circuit and

said heating element, said Triac being in thermal contact with said heat sink.


29.    (New) A programmable slow-cooker appliance as described in Claim 21, wherein

said housing assembly includes a plurality of openings, said circuit being positioned within

said housing assembly such that said circuit is cooled by air flowing into and out of said

openings when said appliance is operated.


30.    (New) A programmable slow-cooker appliance as described in Claim 21 wherein said

circuit is configured to default to a cooking mode when electrical power is initially applied

thereto.

4

Application Serial No.: 10/323,234
Filing Date: December 18, 2002
Docket: 717-675 CIP
Page 5 of 8

Response to Office Action of June 4, 2003

## REMARKS

Reconsideration of the above-referenced patent application is respectfully requested.

The election of claims 1-13 in response to the restriction requirement is affirmed. Claims 1-20 have been cancelled and replaced by new claims 21-30.

Originally filed claims 1-3, 7-9 and 11 were rejected under 35 U.S.C. §102(e) as anticipated by U.S. Patent No. 6,362,459 to Schmidt. The Schmidt patent is based on an application filed January 12, 2001. The present application was filed December 18, 2002, and is a continuation-in-part of an application filed March 8, 2001 (now U.S. Patent No. 6,573,483). The parent application, in turn, claimed priority of provisional applications 60/189,443 and 60/196,273 filed March 15, 2000 and April 5, 2000, respectively. The present application is entitled to the benefit of the filing dates of these previously filed applications to the extent the claims presented are supported by them. Claims 21 and 23-30 are indeed entitled to a filing date of March 15, 2000. Claim 22 is entitled to the filing date of the present application. Moreover, these prior applications provide evidence supporting the fact that applicants were the prior inventors of any subject matter that may be common to the Schmidt patent and the claimed subject matter.

Schmidt discloses a cooking apparatus such as a roaster oven having a digital control assembly 42 mounted to the bottom of a base 18 by fasteners 50. The base 18 has a cavity 22 for receiving a cookwell 24. The assembly 42 includes a housing 54 made of thermoplastic material and a control panel 80. Slotted openings 74 in the housing allow for convective cooling. A printed circuit board 60 in the housing 54 controls the apparatus. The board includes a microprocessor that causes the apparatus to shut down when the programmed

5

Application Serial No.: 10/323,234
Filing Date: December 18, 2002
Docket: 717-675 CIP
Page 6 of 8

cooking time has expired. Further details of the cooking apparatus and its operation are provided at col. 4, line 59-col. 5, line 14.

Claim 21 and the claims dependent thereon are patentably distinguishable from Schmidt. Referring to Claim 21, the housing for Schmidt's electronic controls is mounted to the bottom of the base 18, not the sidewall as recited in the claim. The patented device includes a recessed pocket for accommodating the housing, as described as col. 2, lines 20-32. Such a pocket is unnecessary in the claimed slow cooker. Claim 30 further recites a circuit that, in addition to allowing the user to set cooking temperature and time, defaults to a cooking temperature when plugged in. (Page 11, lines 20-21 of the patent specification provide support for the latter feature.) The Schmidt device allows the setting of time and temperature, but does not indicate what, if anything, happens when plugged in. It is beneficial to default to a cooking mode as opposed to a warming mode to help prevent users from inadvertently attempting to cook food in temperatures that are too low. Schmidt only provides for cooking and not warming. The patented appliance shuts off at the end of a cooking cycle. It clearly does not disclose or suggest the subject matter of claims 23 and 24, all of which relate to a device having a circuit that has various features relating to the operation in warming or cooking modes. Schmidt also does not disclose the use of an application specific integrated circuit (ASIC), as recited in claim 22.

Original claims 1-3 and 7-12 were rejected as unpatentable over Park (U.S. Patent No. 6,191,393) in view of either Polster or Schmidt. Park discloses a cooking device including an outer shell 11 and inner shell 12, preferably made of steel or copper with a heat conducting medium 14 such as silicon oil or air therebetween. It is not a slow cooker, and does not have a ceramic insert. A controller is affixed to the body 10 of the device. A heater coil 13 is

Application Serial No.: 10/323,234
Filing Date: December 18, 2002
Docket: 717-675 CIP
Page 7 of 8

integrally formed with a heat conduction plate 18 near the bottom of the outer shell 11. The controller is used to set cooking time and temperature. (The Park appliance actually includes two controllers 40, 50, one of which is affixed to the body of the cooking unit.)

Polster discloses a food cooker/rethermalizer in which food is placed in a wire rack 40 having fluid conducting tubes 50, as shown in Fig. 2 of the patent. A heater 80 is bonded to the bottom wall 34 and lower side walls of a heater vessel 30 that contains the rack 40. A controller 1 including a control panel 100 is used to allow different food products having different cooking requirements to be cooked at the same time. A control chamber 24 is isolated from a heating chamber 22 by wall 22a, 24a defining a space 26. Convection flow is provided by openings 26a, 26b in the space, thereby cooling the wall 24a of the control chamber. Vents 20e, 20f are provided in the control chamber so that it is flushed with ambient air. The Schmidt patent is discussed above.

The combination of Park and Polster does not result in a slow cooker, much less a programmable slow cooker offering cooking modes as well as a warming mode. They further do not result in a slow cooker that switches from a cooking mode to a warming mode (Claim 23), that prevents a user from initially setting the appliance in a warm mode (Claim 24), or that defaults to a cooking mode when plugged in (Claim 30). These references, as combined, do not disclose or suggest a shield as described in Claim 26. While the Polster control chamber is vented, the references when considered in their entireties do not disclose how or where a programmable controller should be incorporated as part of a slow cooker so as to avoid problems in overheating, as described in Claim 27.

The combination of Park and Schmidt also does not result in the claimed invention. As discussed above, the Schmidt patent should not be applied as a reference against most of

7

Application Serial No.: 10/323,234
Filing Date: December 18, 2002
Docket: 717-675 CIP
Page 8 of 8

Response to Office Action of June 4, 2003

the claims. Schmidt also teaches the mounting of a controller to the bottom of a heating unit

in a recess formed therein, which is different from the appliance described in Claim 21.

Schmidt also does not provide a warm mode as described in Claims 21 and 23. The default

provision of Claim 30 accordingly would not be contemplated.

In summary, the art of record does not disclose or suggest a slow cooker as described

in Claims 21-30. A Notice of Allowance for these claims is accordingly respectfully

requested.

The Examiner is encouraged to call the undersigned attorney should he have any

questions relating to the application or wish to discuss any matter relating thereto.

Respectfully submitted,

A. Thomas Kammer
Registration No.: 28,226
Attorney for Applicant(s)

HOFFMANN & BARON, LLP
6900 Jericho Turnpike
Syosset, New York 11791
(516) 822-3550

180695_1

8

# EXHIBIT D



**Programmable Intelligent**
# Gourmet Slow Cooker

## OWNER'S MANUAL
### Model KC276T
120V., 60Hz., 340 Watts



**CAUTION:**
Before using this slow cooker, read this
manual and follow all its Safety Rules and
Operating Instructions.

- Safety
- Operation
- Cleaning

*EURO-PRO* Operating LLC
94 Main Mill Street, Door 18
Plattsburgh, NY 12901
Tel.: 1 (800) 798-7398
www.euro-pro.com

# IMPORTANT SAFETY INSTRUCTIONS

When using your Programmable Intelligent Gourmet Slow Cooker, basic safety precautions should always be followed, including the following:

1. Read all instructions carefully.
2. Use slow cooker only for its intended use.
3. To protect against risk of electrical shock, do not immerse the power cord, plug or main unit in water or other liquids.
4. Do not touch hot surfaces. Always use handles or knobs.
5. Close supervision is necessary for any appliance being used by or near children.
6. Always disconnect appliance from electrical outlet when not in use and before cleaning. Allow unit to cool before putting on or taking off parts and before cleaning the appliance.
7. Do not operate appliance with a damaged cord or plug or after the appliance malfunctions or has been improperly damaged in any manner. Return the appliance to EURO-PRO Operating LLC for examination and repair.
8. Do not let cord hang over edge of table or counter, or touch hot surfaces.
9. Do not place on or near a hot gas or electric burner.
10. This appliance is for household use only.
11. The use of accessory attachments not recommended by the appliance manufacturer may cause hazard or injury.
12. Do not use outdoors.
13. Never place the removable ceramic pot directly on a heated surface as this may cause the ceramic pot to crack.
14. To disconnect the appliance, turn appliance "Off" first and then remove the plug from the electrical outlet. Always hold the plug and never pull the power cord.
15. CAUTION: Extreme caution must be used when moving an appliance containing hot oil or other hot liquids. Always use pot holders when moving your heated slow cooker.
16. The glass lid and removable ceramic pot are fragile. Handle them with care.
17. WARNING! TO PREVENT ELECTRIC SHOCK, never immerse the main unit in water or other liquids.
18. Avoid sudden temperature changes, such as adding cold or frozen ingredients into a heated unit.
19. Never cook directly in metal housing. Use the removable ceramic pot.
20. Never turn the appliance "On" when the ceramic pot is empty as this could cause a malfunction.
21. DO NOT immerse main housing in water or any other liquids. Only the removable ceramic insert and glass lid may be immersed for cleaning.
22. When using this appliance, provide adequate air space above and on all sides for air circulation. On surfaces where heat may cause a problem, an insulated heat pad is recommended.
23. Do NOT use slow cooker to boil water.
24. CAUTION: When removing the glass lid, always lift and tilt the lid away from you carefully to avoid scalding and allow water to drip back into the unit.

**WARNING: To reduce the risk of electric shock, this appliance has a polarized plug (one blade is wider than the other). This plug will fit in a polarized outlet only one way. If the plug does not fit fully in the outlet, reverse the plug. If it still does not fit, contact a qualified electrician to install the proper outlet. Do not modify the plug in any way.**

## SPECIAL INSTRUCTIONS

This appliance has a short power cord to reduce the risk resulting from becoming entangled in or tripping over a long cord. An extension cord may be used if you are careful in its use.

1. The electrical rating of the extension cord should be at least as great as the electrical rating of the appliance.
2. An extension cord with the power cord must be arranged so that it will not drape over the countertop or tabletop where they can be pulled on by children or tripped accidentally.

## FOR HOUSEHOLD USE ONLY

# SAVE THESE INSTRUCTIONS

**WARNING:** To reduce the risk of electric shock, this appliance has a polarized plug (one blade is wider than the other). This plug will fit in a polarized outlet only one way. If the plug does not fit fully in the outlet, reverse the plug. If it still does not fit, contact a qualified electrician to install the proper outlet. Do not modify the plug in any way.

1

REV. 11/04

---

# GETTING TO KNOW YOUR PROGRAMMABLE SLOW COOKER

Before using your 6.5 Quart Programmable Intelligent Gourmet Slow Cooker, remove any labels, stickers or tags that may be attached to the appliance.

When turned on for the first time, your new slow cooker may emit an odor for up to 10 minutes. This is due to the initial heating of the materials used in making the slow cooker. The odor is safe and should not reoccur after initial heating.






1. Metal Housing
2. Ceramic Pot
3. Glass Lid
4. Control Panel
5. "Start/Stop" Button
6. Power "On" Light
7. Time Increase
8. Time Decrease
9. Settings Selector Button
10. Temperature Level Indicator Lights
11. LED Screen

## Technical Specifications

Voltage:    120V., 60Hz.
Power:    340 Watts

* Illustrations may differ from actual product.

2

## OPERATING INSTRUCTIONS

This appliance is for HOUSEHOLD USE ONLY and may be plugged into any 120V AC polarized electrical outlet. Do not use any other type of outlet.

**Using Your Programmable Intelligent Gourmet Slow Cooker for the First Time**

Prior to first use, clean the appliance thoroughly.

1. Wash the glass lid and the ceramic pot in hot, soapy water.
2. Rinse and dry thoroughly.
3. Do not immerse metal housing in water.
4. Plug the power cord into a 120 volt AC outlet.
5. Always cook with the glass lid in place and the ceramic pot in position. Remember that frequent lifting of the glass lid will delay the cooking time.
6. When cooking a meat and vegetable combination, place the meat in the bottom of the ceramic pot.
7. Unplug the slow cooker when the cooking process is complete. Allow to cool completely before cleaning. **The ceramic pot cannot withstand the shock of sudden temperature changes.**
8. Do not use frozen meat or poultry in a slow cooker. Thaw any meat or poultry before slow cooking.
9. Follow recommended cooking times.
10. Do not use the ceramic pot for storage of foods.
11. Do not reheat foods in the slow cooker. Do not set heated unit with food on a finished wood table. Always use protective padding under ceramic pot before setting on table or countertop.
12. Do not use slow cooker to boil water.

**CAUTION: Be careful when adding additional liquids to ceramic pot – Never add cold liquids as this might cause the ceramic pot to crack. Always warm the liquids before adding.**

**Programming the Slow Cooker**

1. Plug the unit in to a polarized electrical outlet. You will hear the unit beep once and see the temperature indicator lights cascade until you press the "Setting" button. Press the "Setting" button until the you have set the desired cooking mode "HIGH, MEDIUM, LOW or WARM."
2. Then press the symbol "▲" on the left side of the "Time" button to increase the cooking time by one (1) hour increments. Pressing the "▼" will decrease the cooking time by one (1) hour increments.
3. Once you have selected the desired cooking temperature, press on the "Start/Stop" button to begin cooking. The temperature level indicator lights will flash until the set temperature is reached.
4. If you have programmed a time (i.e. 1-24 hours), the timer will now start counting the time down to "0".
5. When set cooking time has expired, the unit will beep once. Then it will cycle off for one (1) minute and then go to "Warm" for six (6) hours. The slow cooker will then turn off after the six (6) hours have passed.
6. To stop the cooking process at any time during the operation, press on the "Start/Stop" button and the unit will turn off. The "Power On" light will go off, and the timer will be cleared. If you wish to restart the cooking process, you must start the process from the beginning.
7. If you do not set any time, the unit will work in a "Count Up" mode to a maximum of twenty-four (24) hours. Once this time has passed, it will beep once, cycle off for one (1) minute and then go into "Warm" mode for six (6) hours and then shut off. While the unit is in the "Warm" function, the "Power On" light will flash to let you know that the warm feature has been engaged.

4

## FEATURES OF 6.5-QUART PROGRAMMABLE SLOW COOKER



1. **LED DISPLAY SCREEN**
The LED screen will display the time.

2. **START/STOP BUTTON**
The unit will start cooking when this button is pressed. By pressing the button again, it will stop the cooking process.

3. **POWER ON LIGHT**
This will turn on (red) when the "Start/Stop" button is pressed. It will turn off when the "Start/Stop" button is pressed to stop the cooking process.

4. **SETTING BUTTON**
Pressing this button will select the cooking mode that you desire; High, Medium, Low or Warm.

5. **TEMPERATURE LEVEL INDICATOR LIGHTS**
When you first plug in the unit, these lights will cascade until a temperature mode is selected. These lights will also flash, until the cooking temperature is reached.

6. **TIME INCREASE**
Pressing this button will increase the cooking time in one (1) hour increments up to twenty-four (24) hours.

7. **TIME DECREASE**
Pressing this button will decrease the cooking time in one (1) hour increments.

3

# OPERATING INSTRUCTIONS

## STIRRING FOOD

Little or no stirring is required when using the low or warm setting. When using the high setting, stirring ensures even flavor distribution.

### BASIC COOKING TIME GUIDE

| Heat Setting | Low | High |
|---|---|---|
| 3-4 Lb. Chicken | 6-8 Hours | 3-4 Hours |
| 3-4 Lb. Pot Roast | 6-8 Hours | 4-5 Hours |
| 3 Qt. Beef Stew | 8-10 Hours | 4-5 Hours |
| 3 Qt. Chili | 8-10 Hours | 4-5 Hours |
| 3 Qt. Vegetable Soup | 6-8 Hours | 3-4 Hours |

*The cooking times given above should be used **ONLY** as a guide. It is recommended that a thermometer be used to check the temperature to ensure the food is completely cooked.

## TIPS FOR SLOW COOKING

• The cover of the slow cooker does not form a tight fit on the ceramic pot but should be centered on the ceramic pot for best results. Do not remove the glass cover unnecessarily - this will result in major heat loss. Do not cook without the glass cover in place.

• Stirring is not normally needed when using a slow cooker. However, if cooking on high, you may want to stir occasionally.

• Slow cooking retains most of the moisture in foods. If a recipe results in too much liquid at the end of the cooking time, remove glass cover, set the cooking mode to "High", and reduce the liquid by simmering. This will take 30-45 minutes. The slow cooker should be at least half-filled for best results.

• If cooking soups or stews, leave a 2-inch space between the top of the ceramic pot and the food so that the food may be allowed to simmer.

• Many recipes call for cooking all day. You can also prepare the recipe the night before by placing all ingredients in the ceramic pot, cover and refrigerate overnight. In the morning, simply place the ceramic pot in the slow cooker and select the time and temperature setting.

• Meat & Poultry require at least 7 to 8 hours on LOW. Do not use frozen meat in the slow cooker. Thaw any meat or poultry before slow cooking.

• Trim all visible fat from meat or poultry.

• Cook dried beans 1-2 hours on high setting, then add remaining ingredients, cook on low for the remaining time.

• When cooking curries and casseroles, richer, more intensive flavors will develop when the first stage is prepared by traditional methods, i.e. brown the onions, meat and spices first in a non-stick pan.

• When using the ceramic pot to reheat food in the oven, never preheat the oven first. The ceramic pot cannot withstand sudden temperature changes.

• Never place the glass cover in the oven.

### DO

• Handle the ceramic pot and glass lid with care.

• Use oven mitts when lifting the ceramic pot containing hot foods.

• Avoid extreme temperature changes in the ceramic pot or glass lid. For example, do not place into or under cold water while still hot.

• When using the ceramic pot to serve, place it on a heat resistant pad so as not to damage the table or counter surface.

### DO NOT

• Use the ceramic pot if chipped or cracked.

• Operate the slow cooker without the ceramic pot in place.

• Place the hot ceramic pot onto a wet surface.

• Use frozen meats or foods in slow cooker. Always defrost them first.

• Place the glass lid in oven or microwave.

### NEVER

• Use abrasive cleansers or metal scouring pads when cleaning the ceramic pot.

• Place water or other liquids into the base of the slow cooker.

• Immerse the base, cord or plug of the slow cooker into water or any other liquid.

• Touch hot surfaces with bare hands.

---

# OPERATING INSTRUCTIONS

## USING YOUR PROGRAMMABLE SLOW COOKER

1. Prepare your recipe according to directions.

2. Place prepared food into the removable ceramic pot and cover with the glass lid.

3. Plug the unit into an electrical outlet and set the time and desired temperature setting. It is not necessary to stir the ingredients during the cooking process.

4. Cooking times may differ by the amount of ingredients, room temperature and many other factors. Adjust the cooking time in reference to the actual result.

5. Repeatedly removing the glass lid will decrease the temperature in the ceramic pot and lengthen the cooking times.

6. Certain dishes may not cook if the room temperature is below 41°F or 5°C.

7. When finished, press the "Start/Stop" button to turn the unit "OFF and unplug the unit. You can serve the meal in the ceramic pot.

8. When removing the glass lid, tilt so that the opening faces away from you to avoid being burned by the steam. Note: The glass lid and the ceramic pot are hot. Use a cloth or pot holder to hold them. Exercise caution to avoid burns.

9. The sides of the metal housing of the slow cooker get very warm. Use oven mitts or pot holders to remove the ceramic pot.

10. Let ceramic pot and glass lid cool completely before washing.

Note: The temperature level indicator lights will cycle during the cooking process. This is normal.

## GUIDE TO SLOW COOKING

Always allow sufficient time for the food to cook. It is almost impossible to overcook food in a slow cooker, particularly when using the low or warm settings. Most recipes contained within this book can be cooked on any one of the temperature settings, however cooking times will vary accordingly. Each recipe in this book will give specific instructions indicating the appropriate temperature setting as well as the suggested cooking times.

## GUIDE TO SLOW COOKING

Your favorite traditional recipes can be adapted easily by halving the amount of liquid and increasing the cooking time considerably. See the guide below for suggested cooking times and settings when adjusting your favorite recipes.

| Traditional Recipe Time | Slow Cooker Recipe Time |
|---|---|
| 15-30 minutes | 4-6 hours on LOW |
| 60 minutes | 6-8 hours on LOW |
| 1-3 hours | 8-12 hours on LOW |

Note: These times are approximate. Times can vary depending on ingredients and quantities in recipes.

All food should be cooked with the glass lid in place. Each time the lid is lifted, both the heat and moisture in the food are lost. Cooking times should thus be extended by approximately 30 minutes.

## LIQUID AMOUNTS

When food is cooking in your slow cooker, very little moisture boils away. To compensate this, it is advisable to halve the liquid content of traditional recipes. However, if after cooking, the liquid content is excessive, remove the lid and operate the slow cooker on the high setting for 30-45 minutes or until the liquid reduces by the desired amount.

# CLEANING & MAINTENANCE

**CAUTION:** Make sure that the unit is unplugged from the power source and the control button is on "Off" before cleaning.

- Always allow unit to cool before cleaning.
- Remove the ceramic pot and glass lid and wash in hot, soapy water using mild dishwashing detergent. Rinse and dry thoroughly.
- Never use abrasive cleansers or metal scouring pads to clean the ceramic pot or glass lid.
- To soften stubborn, cooked on foods, fill the ceramic pot with warm, soapy water and allow to soak. Remove by lightly scrubbing with a nylon kitchen brush.

- The ceramic pot and glass lid can be washed in the dishwasher. However care should be taken not to chip or crack the ceramic pot or glass lid.
- Never immerse the metal housing, cord or plug in water or any other liquid.
- Clean the metal housing only with a damp cloth. Do **NOT** immerse in water.
- When storing your slow cooker, loosely coil the power cord, don't wrap the cord around the unit.

# COOKING RECIPES

## Hot Spiced Cherry Cider

**Ingredients:**

4    quarts apple cider
4    cinnamon sticks
2    3 oz. package of orange flavored gelatin
2    3 oz. package of cranberry flavored gelatin

**Directions:**

Mix together the apple cider and cinnamon sticks in the Slow cooker. Heat on High for 3 hours. Stir in cranberry & orange flavored gelatin. Keep on High 1 more hour and allow gelatin to dissolve. Turn to Low to keep warm. Serve directly from the Slow Cooker.

## Warm Spinach Artichoke Dip

**Ingredients:**

2        8 oz. packages of softened cream cheese
3/4 cup  light cream
1/3 cup  grated Parmesan cheese
1/2 tsp. garlic powder
2        8 oz. box frozen cut leaf spinach, thawed and well drained
2        12 oz jar or can quartered artichoke hearts, rinsed
2/3 cup  shredded Monterey Jack cheese
1 cup    prepared salsa mixture, canned or fresh

**Directions:**

In a food processor, process the cream cheese, cream, Parmesan cheese and garlic powder until smooth and creamy. Add the spinach and process until thoroughly mixed. Add the artichokes and process until coarsely chopped. Spoon the mixture in to the Slow Cooker. Cover and cook on High for 1 to 1.5 hours until hot in the center. Sprinkle the top evenly with Monterey Jack cheese and spoon the salsa in a ring around the inside edges of the Stoneware. Cover and continue heating on High 15 minutes longer, or until the cheese is melted.

## Traditional Baked Beans

**Ingredients:**

6        cans (28 ounces each) vegetarian baked beans, drained
2        medium onion, chopped (1 cup)
1 1/3 cup barbecue sauce
1 cup    packed brown sugar
4 Tbs    ground mustard

**Directions:**

Mix all ingredients. Cover and cook on low heat setting 4 to 5 hours (or high heat setting 2 hours to 2 hours 30 minutes) or until desired consistency.

## COOKING RECIPES

### Fall Football Chili

**Ingredients:**

| | |
|---|---|
| 3½-4 lbs. | coarsely ground beef |
| 1 | 14 ½ oz. can beef broth |
| 3 Tbs. | medium onion, finely chopped |
| 3 tsp. | instant beef bouillon |
| 1 8oz | can tomato sauce |
| 2 Tbs. | paprika |
| 1/2 tsp. | black pepper |
| 4 Tbs. | chili powder |
| 1 Tbs. | cumin |
| ¼ tsp. | onion powder |
| ¼ tsp. | salt |
| ¼ tsp. | garlic powder |
| ¼ tsp. | garlic salt |
| ¼ tsp. | sugar |
| 1 Tbs. | lime juice |
| 1 | small package frozen corn, thawed (optional) |
| | sour cream, for topping |
| | chopped green lon, for topping |
| ½ cup | shredded cheese, for topping |

**Directions:**

Cook beef in a large skillet over medium heat, stirring to crumble the beef until it is browned. Drain. Place cooked beef, chopped onion, beef broth, tomato sauce, chili powder, paprika, cumin, two teaspoons of the beef bouillon, garlic powder, and black pepper in ceramic pot. Mix ingredients and cover with glass lid. Cook for 7 hours 15 minutes on Low setting or 3 hours 15 minutes on High setting. Stir in remaining beef bouillon, onion powder, salt, sugar and lime juice. Cover and cook for one more hour. Top with sour cream, green onions and cheese if desired.

### Classic Beef Stew

**Ingredients:**

| | |
|---|---|
| 4 lbs. | stewing beef, cut into 1-inch cubes |
| 1/2 cup | flour |
| 1 tsp | salt |
| 1 tsp | black pepper |
| 3 cups | beef broth |
| 2 tsp | Worcestershire sauce |
| 2 cloves | garlic, minced |
| 2 | bay leaves |
| 2 tsp | paprika |
| 8 | small potatoes, diced |
| 4 | small onions, diced |
| 4 | celery stalks, sliced |

**Directions:**

Brown beef in large skillet over medium heat, stirring unitl all sides are brown. Add meat to ceramic pot. Sprinkle flour, salt and pepper over meat and stir to coat well. add remaining ingredients and stir to mix well. Cover and cook on Low setting for 11 hours or on high for 5 hours 30 minutes. Stir thoroughly before serving.

9

## COOKING RECIPES

### Simple Chicken Cacciatore

**Ingredients:**

| | |
|---|---|
| 3 lbs | boneless chicken breasts |
| 1 | small white onion, chopped |
| 1 lb | fresh mushrooms, quartered |
| 2 | cloves garlic, mined |
| 1/4 cup | flour |
| 1/2 cup | chicken broth |
| 2 Tbs | tomato paste |
| 1 14 1/2 oz | whole, peeled tomatoes, drained |
| 1 tsp | dried basil leaves |
| 1/2 tsp | dried oregano leaves |
| 1/2 tsp | dried thyme leaves |
| 2 Tbs | olive oil |
| 1/2 tsp | black pepper |
| | salt & pepper to taste |

**Directions:**

Layer onions on the bottom of the ceramic pot. Place the chicken breasts on top of the onions and then top the chicken with the remaining ingredients. Cover with glass lid and cook for 8 hours on Low setting or for 4 hours 30 minutes on High setting.

### Barbecued Ribs

**Ingredients:**

| | |
|---|---|
| 1 1/2 lbs | pork loin back ribs |
| 1/4 cup | packed brown sugar |
| 1/2 tsp. | pepper |
| 1 Tbs | liquid smoke |
| 2 | garlic cloves, chopped |
| 1/2 tsp. | salt |
| 1 | small onion, sliced |
| 1/4 cup | cola |
| 3/4 cups | barbecue sauce |

**Directions:**

Spray inside of slow cooker with cooking spray. Remove inner skin from ribs. Mix brown sugar, pepper, liquid smoke, garlic and salt; rub mixture into ribs. Cut ribs into 4-inch pieces. Layers ribs and onion in slow cooker. Pour cola over ribs. Cover and cook on low heat setting 8 to 9 hours or until tender. Remove ribs from slow cooker. Drain and discard liquid. Pour barbecue sauce into shallow bowl. Dip ribs into sauce. Place ribs in slow cooker. Pour any remaining sauce over ribs. Cover and cook on Low heat setting 1 hour.

10

## COOKING RECIPES

### Teriyaki Chicken Wings

**Ingredients:**

| | |
|---|---|
| 3 lbs | chicken wings |
| 1 | large onion, chopped |
| 1/2 cup | soy sauce |
| 1/2 cup | brown sugar |
| 1 tsp. | ground ginger |
| 2 | cloves garlic, minced |
| 1/3 cup | dry cooking sherry |

**Directions:**
Rinse the chicken and pat dry. Cut off and discard wing tips. Cut each wing at the joint to make two sections. Place the wing parts on a broiler pan. Broil 4 to 5 inches from the heat for 20 minutes, 10 minutes on each side or until chicken is brown. Transfer to the slow cooker.

Mix together the onion, soy sauce, brown sugar, ginger, garlic, and cooking sherry in a bowl. Pour over the chicken wings. Cover; cook on Low for 5 to 6 hours or on High for 2 to 3 hours. Stir chicken wings  Be sure wings are evenly coated with sauce.

### Buffalo Wings with Blue Cheese Dip

**Ingredients:**

| | |
|---|---|
| 4 lbs. | chicken wings |
| 1 1/2 cups | bottled chili sauce |
| 3-4 Tbs | bottled hot pepper sauce |
| | blue cheese dip or bottled Ranch salad dressing |

**Directions:**
Cut off and discard wing tips. Cut each wing into 2 sections. Rinse chicken; pat dry. Place chicken on the unheated rack of a broiler pan. Broil 4-5 inches from the heat for about 10 minutes or until the chicken is browned, turning over once. Transfer chicken wings to slow cooker.

Combine chili sauce and hot pepper sauce and pour over chicken wings. Cover; cook on Low setting for 5 to 6 hours or on High for 2 to 3 hours. Serve Buffalo wings with Ranch or Blue Cheese.

## COOKING RECIPES

### Spicy Shrimp & Sausage Jambalaya

**Ingredients:**

| | |
|---|---|
| 2 cups | sausage, diced |
| 1 lb | frozen, cooked shrimp, shelled and cleaned (thawed) |
| 2 | medium onions, coarsely chopped |
| 2 | stalks celery, sliced |
| 1/2 | green pepper, seeded and diced |
| 1/2 | red pepper, seeded and diced |
| 1 28-oz | can whole tomatoes |
| 1/4 cup | tomato paste |
| 3 | cloves garlic, minced |
| 1 tsp | dried parsley |
| 1/2 tsp | thyme |
| 1 tsp | Tabasco® sauce |
| 2 | whole cloves |
| 2 Tbs | olive oil |
| 1 cup | raw white rice |

**Directions:**
Brown sausage in large skillet over medium heat, stirring until it has browned evenly. Add sausage to ceramic pot. Add the rest of the ingredients except the shrimp to the ceramic pot and mix thoroughly. Cover and cook on Low setting for 8 hours or on High for 4 hours.
One hour before serving, turn to High setting and stir in the shrimp.

### Vegetable Minestrone

**Ingredients:**

| | |
|---|---|
| 2 cups | vegetable or chicken broth |
| 2 cups | tomato juice |
| 1/2 tbs. | dried basil leaves |
| 1/2 tsp. | salt |
| 1/4 tsp. | dried oregano leaves |
| 1/4 tsp. | pepper |
| 2 | medium carrots, sliced (1 cup) |
| 2 | medium celery stalks, chopped (1 cup) |
| 1 | medium onion, chopped (1/2 cup) |
| 1/2 cup | sliced fresh mushrooms (3 ounces) |
| 2 | garlic cloves, finely chopped |
| 1 | can (28 ounces) diced tomatoes, undrained |
| | uncooked rotini pasta |
| 1 cup | Shredded Parmesan cheese, if desired |

**Directions:**
Mix all ingredients except pasta and cheese in slow cooker.  Cover and cook on low heat setting 7 to 8 hours or until vegetables are tender.  Stir in pasta. Cover and cook on high heat setting 15 to 20 minutes or until pasta is tender. Sprinkle each serving with cheese.

## COOKING RECIPES

### French Onion Beef

**Ingredients:**

| | |
|---|---|
| 1 1/4 lb. | boneless beef round steak (1/2 to 3/4-inch thick) |
| 8 oz. | sliced fresh mushrooms |
| 1 | large white onion, sliced into rings |
| 1 | 10 3/4-oz can condensed French onion soup |
| 1 | 6-oz pkg. instant herb stuffing mix |
| 1/4 cup | melted butter or margarine |
| 4-oz | shredded mozzarella cheese |

**Directions:**

Cut the beef into 6 serving size pieces. Layer half of the beef, mushrooms and onion rings in the slow cooker; repeat layers. Pour soup over ingredients in slow cooker. Cover and cook on Low setting for 8 to 10 hours or until beef is tender and no longer pink.

Before serving, in medium bowl, combine stuffing mix, contents of seasoning packet, melted butter or margarine and 1/2 cup of the liquid from the slow cooker; toss to mix. Place stuffing on top of contents in slow cooker. Increase heat setting to High. Cover and cook an additional 20 minutes or until stuffing is fluffy. Sprinkle with cheese. Cover and cook until cheese is melted.

### Warm Apple Crisp

**Ingredients:**

| | |
|---|---|
| 6-8 cups | apples, peeled, cored and cut into slices |
| 2 cups | brad crumbs |
| 1 cup | brown sugar |
| 1 tsp | cinnamon |
| 1 tsp | nutmeg |
| 1/8 tsp | salt |
| 1/2 cup | butter or margarine melted |
| 1/4 cup | walnuts, finely chopped (optional) |

**Directions:**

Place the apples in the bottom of the ceramic Pot. In a mixing bowl, combine the bread crumbs, brown sugar, cinnamon, nutmeg, salt, melted butter or margarine and walnuts. Spread mixture over apples in the ceramic pot. Cover and cook on Low setting for 3 hours 30 minutes or on High for 2 hours 45 minutes.

## GETTING TO KNOW YOUR LITTLE COOKER



1. Metal Housing
2. Non-Removable Ceramic Pot
3. Lid

Before using your Little Cooker, remove any labels, stickers or tags that may be attached to the appliance.

When turned on for the first time, your new slow cooker may emit an odor for up to 10 minutes. This is due to the initial heating of the materials used in making the slow cooker. The odor is safe and should not reoccur after initial heating.

### Technical Specifications

| | |
|---|---|
| Voltage: | 120V., 60Hz. |
| Power: | 35 Watts |
| Capacity: | 13 U.S. Fl. Oz. |

## OPERATING INSTRUCTIONS

This appliance is for HOUSEHOLD USE ONLY and may be plugged into any 120V AC polarized electrical outlet. Do not use any other type of outlet.

**Using Your Little Cooker for the First Time**

Prior to first use, clean the appliance thoroughly.

1. Wash the lid in hot, soapy water and wipe with a damp cloth the inside of the ceramic container. DO NOT IMMERSE unit in water or any other liquid. Do NOT place little cooker in dishwasher.

2. Plug the power cord into a 120 volt AC outlet.

3. Always cook with the lid in place. Remember that frequent lifting of the lid will delay the cooking time.

4. Unplug the slow cooker when the cooking process is complete. Allow to cool completely before cleaning. The ceramic pot cannot withstand the shock of sudden temperature changes.

5. Do not use slow cooker to boil water.

**CAUTION: Be careful when adding additional liquids to ceramic pot - Never add cold liquids as this might cause the ceramic pot to crack. Always warm the liquids before adding.**

### Care & Maintenance

**CAUTION: Make sure that the unit is unplugged from the power source before cleaning.**

- Always allow unit to cool before cleaning.

- Wash lid with hot, soapy water. You could also place it in the top rack of the dishwasher.

- Wash ceramic pot with a damp cloth. DO NOT IMMERSE unit in water or any other liquid.

- Never use abrasive cleansers or metal scouring pads to clean the ceramic pot or lid.

- To soften stubborn, cooked on foods, fill the ceramic pot with warm, soapy water and allow to soak. Remove by lightly scrubbing with a nylon kitchen brush.

- Clean the metal housing only with a damp cloth. When storing your little cooker, loosely coil the power cord, do not wrap the cord around the unit.

KC276T  **EURO-PRO** 

## ONE (1) YEAR LIMITED WARRANTY

**EURO-PRO OPERATING LLC** warrants this product to be free from defects in material and workmanship for a period of one (1) year from the date of purchase when utilized for normal household use.

If your appliance fails to operate properly while in use under normal household conditions within the warranty period, return the complete appliance and accessories, freight prepaid to **EURO-PRO Operating LLC**, 94 Main Mill Street, Door 16, Plattsburgh, NY 12901. If the appliance is found to be defective in material or workmanship, **EURO-PRO Operating LLC** will repair or replace it free of charge. Proof of purchase date and $12.95 to cover the cost of return shipping and handling must be included.*

The liability of **EURO-PRO Operating LLC** is limited solely to the cost of the repair or replacement of the unit at our option. This warranty does not cover normal wear of parts and does not apply to any unit that has been tampered with or used for commercial purposes. This limited warranty does not cover damage caused by misuse, abuse, negligent handling or damage due to faulty packaging or mishandling in transit. This warranty is extended to the original purchaser of the unit and excludes all other legal and/or conventional warranties. The responsibility of **EURO-PRO Operating LLC** if any, is limited to the specific obligations expressly assumed by it under the terms of the limited warranty. **In no event** is **EURO-PRO Operating LLC** liable for incidental or consequential damages of any nature whatsoever. Some states do not permit the exclusion or limitation of incidental or consequential damages, so the above may not apply to you.

This warranty gives you specific legal rights, and you may also have other rights which vary from state to state.

*Important: Carefully pack item to avoid damage in shipping. Be sure to include proof of purchase date and to attach tag to item before packing with your name, complete address and phone number with a note giving purchase information, model number and what you believe is the problem with item. We recommend you insure the package (as damage in shipping is not covered by your warranty). Mark the outside of your package "ATTENTION CUSTOMER SERVICE". We are constantly striving to improve our products, therefore the specifications contained herein are subject to change without notice.

Printed in China

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1.  **Title of case (name of first party on each side only)** The Holmes Group, Inc. v. Euro-Pro Operating, LLC

2.  **Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet.  (See local rule 40.1(a)(1)).**

    ☐ I.    160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

    ☒ II.   195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,   *Also complete AO 120 or AO 121
            740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.       for patent, trademark or copyright cases

    ☐ III.  110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
            315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
            380, 385, 450, 891.

    ☐ IV.   220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
            690, 810, 861-865, 870, 871, 875, 900.

    ☐ V.    150, 152, 153.

3.  **Title and number, if any, of related cases.  (See local rule 40.1(g)).  If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.**

4.  **Has a prior action between the same parties and based on the same claim ever been filed in this court?**

    YES ☐    NO ☒

5.  **Does the complaint in this case question the constitutionality of an act of congress affecting the public interest?   (See 28 USC §2403)**

    YES ☐    NO ☒

    **If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?**

    YES ☐    NO ☐

6.  **Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?**

    YES ☐    NO ☒

7.  **Do all of the parties  in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"),  residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).**

    YES ☐    NO ☒

    A.   **If yes, in which division do all of the non-governmental parties reside?**

    Eastern Division ☐         Central Division ☐         Western Division ☐

    B.   **If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies,  residing in Massachusetts reside?**

    Eastern Division ☐         Central Division ☒         Western Division ☐

8.  **If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court?  (If yes, submit a separate sheet identifying the motions)**

    YES ☐    NO ☐

**(PLEASE TYPE OR PRINT)**

**ATTORNEY'S NAME** Nicholas J. Nesgos

**ADDRESS** Posternak Blankstein & Lund, LLP, 800 Boylston Street, Boston, MA 02199

**TELEPHONE NO.** 617-973-6100

(Coversheetlocal.wpd - 10/17/02)

# CIVIL COVER SHEET

⬥JS 44   (Rev. 11/04)

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

The Holmes Group, Inc.

**DEFENDANTS**

Euro-Pro Operating, LLC

(b) County of Residence of First Listed Plaintiff  **Worcester**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  **Middlesex**
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Nicholas J. Nesgos, Esq., Posternak Blankstein & Lund, 800 Boylston St., Boston, MA 02199
617-973-6100

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff

☒ 3  Federal Question (U.S. Government Not a Party)

☐ 2  U.S. Government Defendant

☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☒ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 442 Employment | **Habeas Corpus:** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 900Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of State Statutes |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
35 U.S.C. section 271 et. seq.

Brief description of cause:
Plaintiff alleges defendant infringed its patents.

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):    JUDGE                    DOCKET NUMBER

DATE  3/15/04

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE