AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

The Holmes Group, Inc.

v.

Euro-Pro Operating, LLC

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05 10504 NMG

TO: (Name and address of Defendant)

EURO-PRO Operating, LLC
1210 Washington Street
Newton, MA 02465-2147

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Nicholas J. Nesgos, Esquire
Posternak Blankstein & Lund LLP
Prudential Tower, 800 Boylston Street
Boston, MA 02199-8004

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                        MAR 17 2005

CLERK                                     DATE

(By) DEPUTY CLERK

AO 440 (Rev. 1/90) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE March 17th 2005 |
| NAME OF SERVER (PRINT) Thomas L Savage | TITLE |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 1210 Washington Street Newton, MA Way
   1. Vanessa Mins

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3-17-2005
             Date                Signature of Server

427 Neck St Weymouth Mass
Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.