UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 05-10504-NMG

THE HOLMES GROUP, INC., )
)
Plaintiff, )
)
v. )
)
EURO-PRO OPERATING, LLC, )
)
Defendant. )

## ASSENTED-TO MOTION TO EXTEND TIME TO ANSWER THE COMPLAINT

Pursuant to Fed. R. Civ. P. 6(b), the defendant, Euro-Pro Operating, LLC ("Euro-Pro"), with the assent of the plaintiff, The Holmes Group, Inc. ("Holmes"), moves for an extension of time to and including April 22, 2005, to serve an answer or otherwise plead in response to the complaint brought against it in this lawsuit. In support hereof, Euro-Pro states as follows:

1. This matter was commenced by the filing of a Complaint in the United States District Court for the District of Massachusetts on March 17, 2005.

2. On March 31, 2005, Holmes filed a First Amended Complaint.

3. A copy of the First Amended Complaint was served by hand upon Euro-Pro on April 1, 2005. Accordingly, Euro-Pro would be required to answer the complaint by April 15, 2005.

4. Euro-Pro requires additional time to investigate this matter and prepare a responsive pleading.

5. Counsel for Holmes has been contacted and assents to the relief requested herein.

WHEREFORE, Euro-Pro respectfully requests that this Court:

A. Extend the time for Euro-Pro's answer or responsive pleading herein until and including April 22, 2005; and

B. Grant such further relief as is just.

EURO-PRO OPERATING, LLC

By its Attorneys,

_____
Daniel J. Gleason (BBO# 194900)
Ronald E. Cahill (BBO# 638200)
Michelle Chassereau Jackson (BBO# 654825)
Nutter McClennen & Fish LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

Dated: April 15, 2005

**CERTIFICATE OF SERVICE**
I hereby certify that on this day a true copy of the above document was served upon the attorneys of record for each party by mail/by hand
Date: _____

1421710.1

-2-