UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

THE HOLMES GROUP, INC., :
         Plaintiff, : Civil Action No.
v. : 05-CV-10504 (NMG)
          :
EURO-PRO OPERATING, LLC, :
         Defendant. :

## MOTION PURSUANT TO LOCAL DISTRICT COURT
## RULE 83.5.3 FOR ADMISSION *PRO HAC VICE*

Michelle Chassereau Jackson, a member in good standing of the Bar of this Court, and a member of the law firm of Nutter, McClennen & Fish LLP, hereby moves the Court to enter an order permitting Roger A. Colaizzi, Jeffrey L. Eichen, and Michelle M. Marcus to appear *pro hac vice* before the Court to represent the defendant in the above-captioned case. In support of this motion, undersigned counsel respectfully states as follows:

1.     Messrs. Colaizzi and Eichen and Ms. Marcus are members of the firm of Venable LLP, which maintains an office for the practice of law at 575 7th Street, NW, Washington, DC 20004-1601.

2.     I have attached certificates of Messrs. Colaizzi and Eichen and Ms. Marcus, as required by Local Rule 83.5.3(b). These certificates indicate that Messrs. Colaizzi and Eichen and Ms. Marcus are in full compliance with the requirements of the local rule for admission *pro hac vice*.

3.     The undersigned counsel requests that this Court allow the motion so that Messrs. Colaizzi and Eichen and Ms. Marcus can file pleadings and appear and be heard at all proceedings in this case on behalf of the defendant.

4.  I have appeared in this action on behalf of the defendant by signing the defendant's Answer to First Amended Complaint and Counterclaims.

WHEREFORE, undersigned counsel respectfully requests that the Court enter an order permitting Roger A. Colaizzi, Jeffrey L. Eichen, and Michelle M. Marcus to appear *pro hac vice* in this case.

Respectfully submitted,

*/s/ Michelle Chassereau Jackson*
Michelle Chassereau Jackson (BBO #654825)
Nutter McClennen & Fish LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000
*Attorney for Defendant*

Dated:  May 6, 2005

1428151.1

**CERTIFICATE OF SERVICE**
I hereby certify that on this day a true copy of the above document was served upon the attorneys of record for each party by mail/hand.
Date: 5/6/05  /s/ Michelle C. Jackson

-2-

## CERTIFICATE UNDER RULE 83.5.3

I, Roger A. Colaizzi, hereby certify that (1) I am a member of the Bar in good standing in every jurisdiction where I have been admitted to practice; (2) there are no disciplinary proceedings against me as a member of the Bar in any jurisdiction; and (3) I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

_____
Roger A. Colaizzi

Dated: 5/3/05

1426412.1

CERTIFICATE UNDER RULE 83.5.3

I, Jeffrey L. Eichen, hereby certify that (1) I am a member of the Bar in good standing in every jurisdiction where I have been admitted to practice; (2) there are no disciplinary proceedings against me as a member of the Bar in any jurisdiction; and (3) I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Jeffrey L. Eichen

Dated: May 3, 2005

1426413.1

CERTIFICATE UNDER RULE 83.5.3

I, Michelle M. Marcus, hereby certify that (1) I am a member of the Bar in good standing in every jurisdiction where I have been admitted to practice; (2) there are no disciplinary proceedings against me as a member of the Bar in any jurisdiction; and (3) I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

_____
Michelle M. Marcus

Dated: May 3, 2005

1426414.1