IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

THE HOLMES GROUP, INC.,

         Plaintiff,

v.

EURO-PRO OPERATING, LLC,

         Defendant.

Civil Action No.
05-CV-10504 (NMG)

IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiff, The Holmes Group, Inc. ("Holmes"), and Defendant, Euro-Pro Operating, LLC ("Euro-Pro"), by and through their respective counsel of record, as follows:

1.    The original time period to respond to Euro-Pro's Answer to First Amended Complaint and Counterclaims is set to expire on May 16, 2005.

2.    This is a first request for an extension of time within which to respond to Euro-Pro's Answer and Counterclaims. The request is made so that Euro-Pro can prepare and file an amended answer and counterclaims following a pre-motion conference pursuant to Local Rule 7.1.

3.    Euro-Pro consents to this request and agrees that Holmes, shall have up to and including **May 31, 2005** within which to respond to Euro-Pro's Answer to First Amended Complaint and Counterclaims.

Respectfully submitted,

Date: 5/13/05

Date: 5/13/05

_____
Roger A. Colaizzi (*Pro Hac Vice*)
racolaizzi@venable.com
Jeffrey L. Eichen (*Pro Hac Vice*)
jeichen@venable.com
Michelle M. Marcus (*Pro Hac Vice*)
mmmarcus@venable.com
VENABLE LLP
575 7th Street, NW
Washington, D.C. 20004
Telephone: (202) 344-4000

and

Daniel J. Gleason (BBO #194900)
Ronald E. Cahill (BBO #638200)
Michelle Chassereau Jackson (BBO #654825)
NUTTER MCCLENNAN & FISH LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2604
Telephone: (617) 439-2000

Attorneys for Defendant
EURO-PRO OPERATING, LLC

_____
Charles R. Hoffmann, Esq. (*Pro Hac Vice*)
CRHDocket@hoffmannbaron.com
Glenn T. Henneberger, Esq. (*Pro Hac Vice*)
GTHDocket@hoffmannbaron.com
HOFFMANN & BARON, LLP
6900 Jericho Turnpike
Syosset, New York 11791-4407
Telephone: (516) 822-3550
Facsimile: (516) 822-3582

and

Nicholas J. Nesgos (BBO No. 553177)
nnesgos@pbl.com
Jennifer Finger (BBO No. 641830)
jfinger@pbl.com
POSTERNAK BLANKSTEIN & LUND LLP
Prudential Tower, 800 Boylston Street
Boston, Massachusetts 02199-8004
Telephone: (617) 973-6100
Facsimile: (617) 367-2315

Attorneys for Plaintiff
THE HOLMES GROUP, INC.

IT IS SO ORDERED.

_____
Nathaniel M. Gorton
United States District Judge