IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

THE HOLMES GROUP, INC.,

        Plaintiff,

v.

EURO-PRO OPERATING, LLC,

        Defendant.

Civil Action No.
05-CV-10504 (NMG)

**STIPULATED EXTENSION OF TIME TO RESPOND TO
EURO-PRO'S FIRST AMENDED ANSWER TO FIRST AMENDED COMPLAINT**

IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiff, The Holmes Group, Inc. ("Holmes"), and Defendant, Euro-Pro Operating, LLC ("Euro-Pro"), by and through their respective counsel of record, as follows:

    1.    On May 27, 2005, Euro-Pro electronically filed its First Amended Answer to First Amended Complaint and Counterclaims.

    2.    The original time period to respond to Euro-Pro's First Amended Answer to First Amended Complaint and Counterclaims is set to expire on June 16, 2005.

    3.    This is a first request for an extension of time within which to respond to Euro-Pro's First Amended Answer to First Amended Complaint and Counterclaims. The request is made so that Holmes can prepare and file an appropriate response. The parties have conducted several

conferences pursuant to Local Rule 7.1 in order to resolve certain issues raised by Euro-Pro's affirmative defenses and counterclaims; however, no resolution could be reached.

4.  Euro-Pro consents to this request and agrees that Holmes, shall have up to and including **June 24, 2005** within which to respond to Euro-Pro's First Amended Answer to First Amended Complaint and Counterclaims.

Date: 6/15/05

Roger A. Colaizzi (*Pro Hac Vice*)
racolaizzi@venable.com
Jeffrey L. Eichen (*Pro Hac Vice*)
jeichen@venable.com
Michelle M. Marcus (*Pro Hac Vice*)
mmmarcus@venable.com
VENABLE LLP
575 7th Street, NW
Washington, D.C. 20004
Telephone: (202) 344-4000

and

Daniel J. Gleason (BBO #194900)
Ronald E. Cahill (BBO #638200)
Michelle Chassereau Jackson (BBO #654825)
NUTTER MCCLENNAN & FISH LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2604
Telephone: (617) 439-2000

Attorneys for Defendant
EURO-PRO OPERATING, LLC

Respectfully submitted,

Date: 6/15/05

Charles R. Hoffmann, Esq. (*Pro Hac Vice*)
CRHDocket@hoffmannbaron.com
Glenn T. Henneberger, Esq. (*Pro Hac Vice*)
GTHDocket@hoffmannbaron.com
HOFFMANN & BARON, LLP
6900 Jericho Turnpike
Syosset, New York 11791-4407
Telephone: (516) 822-3550
Facsimile: (516) 822-3582

and

Nicholas J. Nesgos (BBO No. 553177)
nnesgos@pbl.com
Jennifer Finger (BBO No. 641830)
jfinger@pbl.com
POSTERNAK BLANKSTEIN & LUND LLP
Prudential Tower, 800 Boylston Street
Boston, Massachusetts 02199-8004
Telephone: (617) 973-6100
Facsimile: (617) 367-2315

Attorneys for Plaintiff
THE HOLMES GROUP, INC.

IT IS SO ORDERED.

_____
Nathaniel M. Gorton
United States District Judge