IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| THE HOLMES GROUP, INC., | : | |
| | : | Civil Action No. |
| Plaintiff/Counter-Defendant, | : | 05-CV-10504 (NMG) |
| | : | |
| v. | : | |
| | : | |
| EURO-PRO OPERATING, LLC, | : | |
| | : | |
| Defendant/Counter-Claimant. | : | |

### PLAINTIFF'S MOTION TO STRIKE AND/OR DISMISS DEFENDANT'S THIRD, FOURTH AND FIFTH COUNTERCLAIMS AND SECOND AND THIRD AFFIRMATIVE DEFENSES

Plaintiff, The Holmes Group, Inc. (hereinafter "Holmes") makes this motion to strike and/or dismiss Defendant Euro-Pro Operating, LLC (hereinafter "Euro-Pro") Third, Fourth and Fifth Counterclaims and Second and Third Affirmative Defenses in their entirety pursuant to Fed. R. Civ. P. 9(b), 12(b) and/or 12(f).  Specifically, Euro-Pro has failed to plead a fraud-type averment with particularity as required by Rule 9(b) as well as failing to state a claim upon which relief could be granted.  Furthermore, Euro-Pro has failed to allege sufficient facts to entitle it to relief on its allegations of intentional interference with business and unfair competition.  Moreover, any such alleged statements made by Holmes are protected by the First Amendment and the *Noerr-Pennington* doctrine.  Holmes submits herewith a Memorandum in support of this motion.

For the reasons sated in the Motion and supporting Memorandum, Euro-Pro's Third, Fourth and Fifth Counterclaims and Second and Third Affirmative Defenses should be stricken and/or dismissed in their entirety pursuant to Rule 9(b), 12(b) and/or 12(f).

## LOCAL RULE 7.1(a)(2) CERTIFICATION

Counsel for Holmes hereby certifies that the filing of this Motion and Memorandum In Support Of Plaintiff's Motion To Strike And/Or Dismiss Defendant's Third, Fourth and Fifth Counterclaims and Second and Third Affirmative Defenses was discussed in detail with opposing counsel on several occasions; however, an agreement on the issues presented could not be reached.

Respectfully submitted,

THE HOLMES GROUP, INC.
By its Attorneys,

Dated: June 24, 2005

 /s/ Charles R. Hoffmann
Charles R. Hoffmann, Esq. (*Pro Hac Vice*)
CRHDocket@hoffmannbaron.com
Glenn T. Henneberger, Esq. (*Pro Hac Vice*)
GTHDocket@hoffmannbaron.com
HOFFMANN & BARON, LLP
6900 Jericho Turnpike
Syosset, New York  11791-4407
Telephone:  (516) 822-3550
Facsimile:  (516) 822-3582

and

Nicholas J. Nesgos (BBO No. 553177)
nnesgos@pbl.com
Jennifer Finger (BBO No. 641830)
jfinger@pbl.com
Posternak Blankstein & Lund LLP
Prudential Tower, 800 Boylston Street
Boston, Massachusetts  02199-8004
Telephone:  (617) 973-6100
Facsimile:  (617) 367-2315