UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 05-10504-NMG

| | |
|---|---|
| THE HOLMES GROUP, INC., | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| EURO-PRO OPERATING, LLC, | ) ) ) |
| Defendant. | ) ) ) ) |

## ASSENTED-TO MOTION TO EXTEND TIME TO RESPOND

Pursuant to Fed. R. Civ. P. 6(b), the defendant, Euro-Pro Operating, LLC ("Euro-Pro"), with the assent of the plaintiff, The Holmes Group, Inc. ("Holmes"), moves for an extension of time up to and including July 18, 2005, to oppose Plaintiff's Motion to Strike and/or Dismiss Defendant's Third, Fourth, and Fifth Counterclaims and Second and Third Affirmative Defenses. In support hereof, Euro-Pro states as follows:

1. On June 24, 2005, Holmes filed its Motion to Strike and/or Dismiss Defendant's Third, Fourth, and Fifth Counterclaims and Second and Third Affirmative Defenses.

2. A copy of Plaintiff's Motion to Strike and/or Dismiss Defendant's Third, Fourth, and Fifth Counterclaims and Second and Third Affirmative Defenses was served upon Euro-Pro on June 24, 2005. Accordingly, Euro-Pro would be required to file an opposition by July 8, 2005.

4.	Euro-Pro requires additional time to investigate this matter and prepare an opposition.

5.	Counsel for Holmes has been contacted and assents to the relief requested herein.

WHEREFORE, Euro-Pro respectfully requests that this Court:

A.	Extend the time for Euro-Pro's opposition herein until and including July 18, 2005; and

B.	Grant such further relief as is just.

EURO-PRO OPERATING, LLC,
By its Attorneys,

/s/ Michelle Chassereau Jackson
Daniel J. Gleason (BBO# 194900)
Ronald E. Cahill (BBO# 638200)
Michelle Chassereau Jackson (BBO# 654825)
Nutter McClennen & Fish LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA  02210-2604
(617) 439-2000

Of Counsel:
VENABLE LLP

Roger A. Colaizzi (pro hac vice)
Jeffrey L. Eichen (pro hac vice)
Michelle M. Marcus (pro hac vice)
575 7th Street, NW
Washington, D.C. 20004
Tel: (202) 344-4000

Dated: July 6, 2005

1444033.1

-2-