IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE HOLMES GROUP, INC., <br> Plaintiff, <br> v. <br><br> EURO-PRO OPERATING, LLC, <br> Defendant. | : <br> : <br> : Civil Action No. 05-CV-10504 (NMG) <br> : <br> : <br> : <br> : |

## DECLARATION OF JEFFREY L. EICHEN

I, JEFFREY L. EICHEN, do hereby declare as follows:

1. I am licensed to practice in Pennsylvania, New York, New Jersey, Florida, and Washington, D.C., and am admitted to practice *pro hac vice* before this Court. I make this declaration in support of Euro-Pro Operating, LLC's Opposition to Holmes's Motion to Dismiss. I have personal knowledge of the matters set forth herein, and if called to testify, I could and would testify thereto.

2. Attached hereto as Exhibit "A" is a true and correct copy of a photograph of a Euro-Pro Programmable Slow Cooker, sold under the "Kenmore" brand name.

3. Attached hereto as Exhibit "B" is a true and correct copy of an Information Disclosure Statement submitted by Holmes to the United States Patent & Trademark Office in Application Serial No. 10/386,276, dated November 13, 2003.

4. Attached hereto as Exhibit "C" is a true and correct copy of an Information Disclosure Statement submitted by Holmes to the United States Patent & Trademark Office in Application Serial No. 10/323,234, dated December 1, 2003.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 18th day of July, 2005, in Washington, D.C.

_____
Jeffrey L. Eichen (pro hac vice)
VENABLE LLP
575 7th Street, NW
Washington, D.C. 20004
Tel: (202) 344-4000
Fax: (202) 344-8300
jleichen@venable.com

Attorney for Defendant Euro-Pro Operating, LLC



# EXHIBIT B

Case 1:05-cv-10504-NMG   Document 18-3   Filed 07/18/2005   Page 1 of 6



**RECEIVED**
NOV 24 2003
TECHNOLOGY CENTER RSVOO

PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| Applicant(s) | DeCobert, et al. | Examiner: | M.A. Paschall |
| Serial No.: | 10/386,276 | Group Art Unit: | 3742 |
| Confirmation No.: | 6197 | Docket: | 717-675 CON |
| Filed: | March 11, 2003 | Dated: | November 13, 2003 |
| For: | PROGRAMMABLE SLOW-COOKER APPLIANCE | | |

Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450

*I hereby certify this correspondence is being deposited with the United States Postal Service as first class mail, postpaid in an envelope, addressed to: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450 on November 13, 2003*
Signed: Julie L. Watts

## INFORMATION DISCLOSURE STATEMENT

Sir:

In order to fulfill the requirements of candor and good faith set forth in 37 C.F.R. §1.56, Applicants submit herewith the following Information Disclosure Statement in accordance with the provisions of 37 C.F.R. §1.97 and §1.98.

### UNITED STATES PATENTS

| PATENTEE | PATENT NO. | ISSUE DATE |
|---|---|---|
| Schmidt | US 6,362,459 B1 | March 26, 2002 |
| Levy et al. | 6,570,139 B1 | May 27, 2003 |
| DeCobert et al. | 6,573,483 B1 | June 3, 2003 |

## FOREIGN PATENT DOCUMENTS

| COUNTRY | PUBLICATION NO. | PUBLICATION DATE |
|---|---|---|
| Japan | 05-317164 | December 3, 1993 |
| Japan | 06-327553 | November 29, 1994 |
| Japan | 07-051158 | February 28, 1995 |
| Japan | 07-136059 | May 3, 1995 |
| Japan | 07-241236 | September 19, 1995 |
| Japan | 08-140833 | June 4, 1996 |
| Japan | 10-225373 | August 25, 1998 |
| Japan | 11-137419 | May 25, 1999 |
| Japan | 11-313761 | November 16, 1999 |
| Japan | 2001-070139 | March 21, 2001 |
| Japan | 2001-297865 | October 26, 2001 |
| Japan | 2002-039546 | February 6, 2002 |
| Japan | 2003-045630 | February 14, 2003 |

## OTHER PUBLICATIONS

1. Rival Crock-Pot® Slow Electric Stoneware Cooker instruction manual.
2. Farberware® Millennium® Use & Care Instructions Manual (1999).

The above-referenced documents are listed on PTO Form 1449. We have enclosed the cited documents to facilitate reference to them.

An English language abstract for each listed patent is also enclosed.

This Information Disclosure Statement is being filed in accordance with 37 C.F.R. §1.97(c)(2) after the first Office Action and before the mailing of a final Office Action or Notice of Allowance. The fee of $180.00 as set forth in 37 C.F.R. 1.17(p) is filed herewith. If any additional fees are due or an overpayment has been made, please charge Deposit Account No. 08-2461 or credit the Deposit Account for such sum. A duplicate copy of this sheet is enclosed for that purpose.

The filing of this Information Disclosure Statement shall not be construed to be an admission that the information cited in this Statement is, or is considered to be, material to patentability as defined in §1.56(b).

Applicants are not aware of any other references to be identified at this time. If the Examiner has any questions or comments relating to the present application, he or she is respectfully invited to contact Applicants' attorney at the telephone number set forth below.

Respectfully submitted,

A. Thomas Kammer
Registration No.: 28,226
Attorney for Applicant(s)

HOFFMANN & BARON, LLP
6900 Jericho Turnpike
Syosset, New York 11791
(516) 822-3550
ATK:jlw

180627_1

RECEIVED
NOV 24 2003
TECHNOLOGY CENTER 3700

Sheet 1 of 2

| FORM PTO-1449  U.S. DEPARTMENT OF COMMERCE (Rev. 2-32)    PATENT AND TRADEMARK OFFICE | ATTY. DOCKET NO. 717-675 CON | SERIAL NO. 10/386,276 |
|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | APPLICANT DeCobert, et al. | CONFIRMATION NO. 6197 |
| (Use several sheets if necessary) | FILING DATE March 11, 2003 | GROUP 3742 |

## U.S. PATENT DOCUMENTS

| EXAMINER INITIAL | DOCUMENT NUMBER | DATE | NAME | CLASS | SUB CLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|
| M | 6,362,459 B1 | 3/26/02 | Schmidt | | | |
| M | 6,570,139 B1 | 5/27/03 | Levy, et al. | | | |
| N | 6,573,483 B1 | 6/3/03 | DeCobert, et al. | | | |

## FOREIGN PATENT DOCUMENTS

| EXAMINER INITIAL | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUB CLASS | TRANSLATION YES | NO |
|---|---|---|---|---|---|---|---|
| N | 05-317164 | 12/3/93 | Japan | | | | |
| | 06-327553 | 11/29/94 | Japan | | | | |
| | 07-051158 | 2/28/95 | Japan | | | | |
| | 07-136059 | 5/3/95 | Japan | | | | |
| | 07-241236 | 9/19/95 | Japan | | | | |
| | 08-140833 | 6/4/96 | Japan | | | | |
| | 10-225373 | 8/25/98 | Japan | | | | |
| | 11-137419 | 5/25/99 | Japan | | | | |
| | 11-313761 | 11/16/99 | Japan | | | | |
| | 2001-070139 | 3/21/01 | Japan | | | | |
| M | 2001-297865 | 10/26/01 | Japan | | | | |

EXAMINER  Padun         DATE CONSIDERED  12/28/03

EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form

**RECEIVED**
NOV 24 2003
TECHNOLOGY CENTER 3700

Sheet 2 of 2

| FORM PTO-1449 U.S. DEPARTMENT OF COMMERCE<br>(Rev. 2-32)   PATENT AND TRADEMARK OFFICE | ATTY. DOCKET NO.<br>717-675 CON | SERIAL NO.<br>10/386,276 |
|---|---|---|
| INFORMATION DISCLOSURE<br>STATEMENT BY APPLICANT | APPLICANT<br>DeCobert, et al. | CONFIRMATION NO.<br>6197 |
| (Use several sheets if necessary) | FILING DATE<br>March 11, 2003 | GROUP<br>3742 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| M | | 2002-039546 | 2/6/02 | Japan | | | | |
| M | | 2003-045630 | 2/14/03 | Japan | | | | |

OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.)

| | | | |
|---|---|---|---|
| M | | 1. | Rival Crock-Pot® Slow Electric Stoneware Cooker instruction manual. |
| M | | 2. | Farberware® Millennium® Use & Care Instructions Manual (1999). |

180969_1

EXAMINER  M Pada     DATE CONSIDERED  12/24/03

EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication with applicant.

# EXHIBIT C

Case 1:05-cv-10504-NMG   Document 18-4   Filed 07/18/2005   Page 1 of 5



PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| Applicant(s) | DeCobert, et al. | Examiner: | Unassigned |
| Serial No.: | 10/323,234 | Group Art Unit: | 3742 |
| Confirmation No.: | Unassigned | Docket: | 717-675 CIP |
| Filed: | December 18, 2002 | Dated: | December 1, 2003 |
| For: | PROGRAMMABLE SLOW-COOKER APPLIANCE | | |

Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450

*I hereby certify this correspondence is being deposited with the United States Postal Service as first class mail, postpaid in an envelope, addressed to: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450 on December 1, 2003*
Signed: _____

### INFORMATION DISCLOSURE STATEMENT

Sir:

In order to fulfill the requirements of candor and good faith set forth in 37 C.F.R. §1.56, Applicants submit herewith the following Information Disclosure Statement in accordance with the provisions of 37 C.F.R. §1.97 and §1.98.

### FOREIGN PATENT DOCUMENTS

| COUNTRY | PUBLICATION NO. | PUBLICATION DATE |
|---|---|---|
| Japan | 05-317164 | December 3, 1993 |
| Japan | 06-327553 | November 29, 1994 |
| Japan | 07-051158 | February 28, 1995 |
| Japan | 07-136059 | May 3, 1995 |
| Japan | 07-241236 | September 19, 1995 |
| Japan | 08-140833 | June 4, 1996 |

| Japan | 10-225373    | August 25, 1998   |
| Japan | 11-137419    | May 25, 1999      |
| Japan | 11-313761    | November 16, 1999 |
| Japan | 2001-070139  | March 21, 2001    |
| Japan | 2001-297865  | October 26, 2001  |
| Japan | 2002-039546  | February 6, 2002  |
| Japan | 2003-045630  | February 14, 2003 |

## OTHER PUBLICATIONS

1. Rival Crock-Pot® Slow Electric Stoneware Cooker instruction manual.

2. Farberware® Millennium® Use & Care Instructions Manual (1999).

The above-referenced documents are listed on PTO Form 1449. We have enclosed the cited documents to facilitate reference to them.

An English language abstract for each listed patent is also enclosed.

Applicants are not aware of any other references to be identified at this time. If the Examiner has any questions or comments relating to the present application, he or she is respectfully invited to contact Applicants' attorney at the telephone number set forth below.

Respectfully submitted,

A. Thomas Kammer
Registration No.: 28,226
Attorney for Applicant(s)

HOFFMANN & BARON, LLP
6900 Jericho Turnpike
Syosset, New York 11791
(516) 822-3550

2

Sheet 1 of 1

| FORM PTO-1449  U.S. DEPARTMENT OF COMMERCE<br>(Rev. 2-32)  PATENT AND TRADEMARK OFFICE | ATTY. DOCKET NO.<br>717-675 CIP | SERIAL NO.<br>10/323,234 |
|---|---|---|
| INFORMATION DISCLOSURE<br>STATEMENT BY APPLICANT | APPLICANT<br>DeCobert, et al. | CONFIRMATION NO.<br>Unassigned |
| (Use several sheets if necessary) | FILING DATE<br>December 18, 2002 | GROUP<br>3742 |

## FOREIGN PATENT DOCUMENTS

| EXAMINER INITIAL | | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUB CLASS | TRANSLATION YES | NO |
|---|---|---|---|---|---|---|---|---|
| | | 05-317164 | 12/3/93 | Japan | | | | |
| | | 06-327553 | 11/29/94 | Japan | | | | |
| | | 07-051158 | 2/28/95 | Japan | | | | |
| | | 07-136059 | 5/3/95 | Japan | | | | |
| | | 07-241236 | 9/19/95 | Japan | | | | |
| | | 08-140833 | 6/4/96 | Japan | | | | |
| | | 10-225373 | 8/25/98 | Japan | | | | |
| | | 11-137419 | 5/25/99 | Japan | | | | |
| | | 11-313761 | 11/16/99 | Japan | | | | |
| | | 2001-070139 | 3/21/01 | Japan | | | | |
| | | 2001-297865 | 10/26/01 | Japan | | | | |
| | | 2002-039546 | 2/6/02 | Japan | | | | |
| | | 2003-045630 | 2/14/03 | Japan | | | | |

OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.)

| | | | |
|---|---|---|---|
| | | | Rival Crock-Pot® Slow Electric Stoneware Cooker instruction manual. |
| | | | Farberware® Millennium® Use & Care Instructions Manual (1999). |

EXAMINER                                    DATE CONSIDERED

EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication with applicant.

RECEIVED
DEC 0 8 2003
TECHNOLOGY CENTER R3700

Sheet 1 of 1

| FORM PTO-1449   U.S. DEPARTMENT OF COMMERCE (Rev. 2-32)   PATENT AND TRADEMARK OFFICE | ATTY. DOCKET NO. 717-675 CIP | SERIAL NO. 10/323,234 |
|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | APPLICANT DeCobert, et al. | CONFIRMATION NO. Unassigned |
| (Use several sheets if necessary) | FILING DATE December 18, 2002 | GROUP 3742 |

## FOREIGN PATENT DOCUMENTS

| EXAMINER INITIAL | | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUB CLASS | TRANSLATION | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | YES | NO |
| | | 05-317164 | 12/3/93 | Japan | | | | |
| | | 06-327553 | 11/29/94 | Japan | | | | |
| | | 07-051158 | 2/28/95 | Japan | | | | |
| | | 07-136059 | 5/3/95 | Japan | | | | |
| | | 07-241236 | 9/19/95 | Japan | | | | |
| | | 08-140833 | 6/4/96 | Japan | | | | |
| | | 10-225373 | 8/25/98 | Japan | | | | |
| | | 11-137419 | 5/25/99 | Japan | | | | |
| | | 11-313761 | 11/16/99 | Japan | | | | |
| | | 2001-070139 | 3/21/01 | Japan | | | | |
| | | 2001-297865 | 10/26/01 | Japan | | | | |
| | | 2002-039546 | 2/6/02 | Japan | | | | |
| | | 2003-045630 | 2/14/03 | Japan | | | | |

OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.)

| | Rival Crock-Pot® Slow Electric Stoneware Cooker instruction manual. |
|---|---|
| | Farberware® Millennium® Use & Care Instructions Manual (1999) |

EXAMINER _____ DATE CONSIDERED 8/27/04

EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication with applicant.

RECEIVED DEC 0 8 2003 TECHNOLOGY CENTER R3700