IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| THE HOLMES GROUP, INC., )<br>)<br>Plaintiff )<br>v. )<br>)<br>EURO-PRO OPERATING, LLC )<br>)<br>Defendant. ) | **Civil Action No.**<br>**05-10504-NMG** |

## ENTRY OF APPEARANCE

Please enter the appearance of Joseph W. Corrigan, Esq. as additional counsel for the Plaintiff, The Holmes Group, Inc.

                                            THE HOLMES GROUP, INC.
                                            By its Attorneys,

Dated: July 26, 2005                     ___s/Joseph W. Corrigan_____
                                                  Joseph W. Corrigan, BBO # 647393
                                                  Posternak Blankstein & Lund LLP
                                                  Prudential Tower
                                                  800 Boylston Street
                                                  Boston, MA 02199-8004
                                                  Telephone:  (617) 973-6100

## **CERTIFICATE OF SERVICE**

      I, Joseph W. Corrigan, hereby certify that on this 26th day of July 2005, I served a copy of the within on all parties by U.S. Mail:

Ronald E. Cahill, Esq.
Nutter, McClennen & Fish, LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2699
617-439-2000
617-310-9000 (fax)
rec@nutter.com

Roger A. Colaizzi, Esquire
Venable LLP
575 7th Street, NW
Washington, DC 20004-1601

                                                                              __s/Joseph W. Corrigan_____
                                                                              Joseph W. Corrigan, Esq.