# HOFFMANN & BARON, LLP

ATTORNEYS AT LAW

6900 JERICHO TURNPIKE
SYOSSET, NEW YORK 11791

(516) 822-3550

FACSIMILE: (516) 822-3582
www.hoffmannbaron.com

CHARLES R. HOFFMANN
RONALD J. BARON
DANIEL A. SCOLA, JR. *
A. THOMAS KAMMER
SALVATORE J. ABBRUZZESSE *

ALAN M. SACK
IRVING N. FEIT
R. GLENN SCHROEDER
GLENN T. HENNEBERGER

ANTHONY E. BENNETT †    LUDOMIR A. BUDZYN †

STEVEN T. ZUSCHLAG
SUSAN A. SIPOS
KEVIN E. MCDERMOTT
RODERICK S.W. TURNER
ROBERT C. MORRISS
JOHN S. SOPKO *
CHRISTINA L. WARRICK *
ANNA-LISA GALLO
LAUREN T. EMR

JAMES F. HARRINGTON
STEPHEN CANNAVALE *
JAMIE M. LARMANN *
GORDON F. BELCHER
ANDREA M. WILKOVICH *
BETSY K. DOWD
JOHN X. HABERMAN
BARTHOLOMEW J. DI VITA

PATENT AGENTS
GLORIA K. SZAKIEL, PH.D.    EDNA I. GERGEL, PH.D.
ROHINI K. GARG              EDMUND GUTIERREZ, PH.D.

NEW JERSEY OFFICE
1055 PARSIPPANY BLVD.
PARSIPPANY, N.J. 07054
(973) 331-1700
FAX (973) 331-1717

SCIENTIFIC ADVISOR
DANIEL A. SCOLA, SR., PH.D.

*  NOT ADMITTED IN N.Y.
†  SENIOR ATTORNEY

August 23, 2005

**VIA E-MAIL ONLY**

Mr. Craig J. Nicewicz, Deputy Clerk
United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Suite 2300
Boston, Massachusetts 02210

Re:  *The Holmes Group, Inc. v. Euro-Pro Operating, LLC*
     Civil Action No. 05-cv-10504-NMG

Dear Mr. Nicewicz:

Counsel for both Plaintiff, The Holmes Group, Inc. and Euro-Pro Operating LLC have reviewed the content of the docket text from the Scheduling Conference held on August 5, 2005 and have discovered errors and/or omissions as set forth below.

We note the following error:

1. Markman Hearing set for 12/6/2005, should be 12/6/200**6**.

We note the following omissions:

1. Parties to confer in an effort to narrow claim construction issues by 9/15/2006;

Mr. Craig J. Nicewicz, Deputy Clerk
August 24, 2005
Page 2

      2.    Parties to file opening memoranda regarding claim construction by 10/13/2006; and

      3.    Parties to file opposing memoranda regarding claim construction by 11/3/2006.

The remainder of the information appears to be correct. If you have any questions, please do not hesitate to call me.

        Sincerely,
        /s/ Glenn T. Henneberger

GTH:ejw
cc:    Jeff Eichen, Esq.
       Nick Nesgos, Esq.

ltr to Clerk - C Nicewicz.DOC