IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                            )
THE HOLMES GROUP, INC.,                     )
                                            )
            Plaintiff                       )
v.                                          )
                                            )
EURO-PRO OPERATING, LLC                     )
                                            )       **Civil Action No.**
            Defendant.                      )       **05-10504-NMG**
_____)

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Jennifer L. Finger as counsel for the plaintiff The Holmes Group, Inc. in the above-captioned matter.

In connection with this withdrawal, please note that Nicholas J. Nesgos of this office remains counsel of record.

                                                Respectfully submitted,

                                                /s/ Jennifer L. Finger
                                        Jennifer L. Finger, BBO #641830
                                        Posternak Blankstein & Lund, LLP
                                        Prudential Tower
                                        800 Boylston Street, 32nd Floor
                                        Boston, MA  02199-8004

Dated: November 10, 2005             617-973-6100

## Certificate of Service

    I, Jennifer L. Finger, attorney for the plaintiff, hereby certify that on this 10th day of November, 2005, I served a copy of the within on the defendant by efiling to:

Roger A. Colaizzi, Esquire
Venable LLP
575 7th Street, NW
Washington, DC 20004-1601

                                        /s/ Jennifer L. Finger
                                            Jennifer L. Finger