IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| THE HOLMES GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:2005-CV-10504 (NMG) |
| v. | ) | |
| | ) | |
| EURO-PRO OPERATING, LLC | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5.3 of the District of Massachusetts, Plaintiff, THE HOLMES GROUP, INC. (hereinafter "HOLMES") by and through the undersigned counsel, hereby applies to this Court for an Order permitting Alan M. Sack, Esq. of the law firm of Hoffmann & Baron, LLP of Syosset, New York, to appear as attorney in the above-captioned action for the limited purpose of representing HOLMES in this one action.

The grounds for this Application are that:

1. HOLMES has appeared in this action through Nicholas J. Nesgos, Esq., of the law firm of Posternak Blankstein & Lund LLP, of Boston, Massachusetts who has been designated as local counsel and whose address and telephone number are set forth below. Mr. Nesgos

- 2 -

maintains an office for the practice of law in the District of Massachusetts and is a member of the bar of the District of Massachusetts.

    2.    As explained in the attached Affidavit and Certificate of Good Standing (Exhibit A), Mr. Sack:

    a.    Is a resident in the office of Hoffmann & Baron LLP, located at 6900 Jericho Turnpike, Suite 200, Syosset, New York 11791, with a telephone number of (516) 822-3550 and a facsimile number of (516) 822-3582;

    b.    Is a member in good standing of the State Bar of New York and the State Bar of New Jersey and is licensed to practice law in the Federal District Courts for the Southern, Eastern, and Western Districts of New York; Federal District Court of New Jersey; the Court of Appeals for the Federal Circuit; and the United States Supreme Court.

    c.    Has not been subject to any disciplinary actions in any of the jurisdictions described above within the last (5) years.

    d.    Has not been denied admission to the court of any state or to any federal court within the last five (5) years.

    e.    Has familiarized himself with and agrees to abide by the Local Rules of the District Court of Massachusetts.

WHEREFORE, Plaintiff, HOLMES respectfully requests that this Court enter an Order permitting Alan M. Sack to appear as attorney in the above-captioned action for the limited purpose of representing Plaintiff in this one action.

Respectfully submitted,

THE HOLMES GROUP, INC.

Dated: 6/2/06

Nicholas J. Nesgos
BBO No. 553177
nnesgos@pbl.com
Jennifer Finger
BBO No. 641830
jfinger@pbl.com
Posternak Blankstein & Lund LLP
Prudential Tower, 800 Boylston Street
Boston, Massachusetts 02199-8004
Telephone: 617-973-6100
Fax: 617-367-2315

**Of Counsel:**

Charles R. Hoffmann
CRHDocket@hoffmannbaron.com
Glenn T. Henneberger
GTHDocket@hoffmannbaron.com
Alan M. Sack
AMSDocket@hoffmannbaron.com
6900 Jericho Turnpike
Syosset, New York 11791-4407
Telephone: (516-822-3550)
Facsimile: (516) 822-3582

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| THE HOLMES GROUP, INC., | ) | |
| Plaintiff, | ) | Civil Action No. 1:2005-CV-10504 (NMG) |
| v. | ) | |
| EURO-PRO OPERATING, LLC | ) | |
| Defendant. | ) | |

### AFFIDAVIT OF ALAN M. SACK

**STATE OF NEW YORK:**

**COUNTY OF NASSAU:**

I, Alan M. Sack, do hereby depose and state as follows:

1. I submit this Affidavit in support of my application under Local Rule 83.5.3 of the Local Rules of the District of Massachusetts for an Order permitting me to appear in this action as counsel *pro hac vice* for Plaintiff, The Holmes Group, Inc.

2. Each of the facts stated herein is based on my personal knowledge and, if called and sworn as a witness, I could and would competently testify thereto.

3. I am a partner with the law firm of Hoffmann & Baron, LLP. My office address is 6900 Jericho Turnpike, Syosset, New York 11791; telephone: (516) 822-3550; facsimile: (516)

Case 1:05-cv-10504-NMG    Document 30-2    Filed 06/02/2006    Page 2 of 3

822-3582; email: AMSDocket@hoffmannbaron.com. My residence address is 146 Cold Spring Road, Syosset, NY 11791.

4. I was admitted to the New York State Bar in June of 1984 and to the State of New Jersey in 1987. I have also been admitted to practice law in the Federal District Courts of Southern, Eastern, and Western Districts of New York; Federal District Court of New Jersey; the Court of Appeals for the Federal Circuit; and, the United States Supreme Court.

5. I am a member in good standing of the State Bar of New York and in all other courts in which I am admitted to practice. I have not been suspended or disbarred in any court or jurisdiction.

6. I certify that I have studied the Local Rules of the District of Massachusetts.

7. The local counsel of record for Plaintiff, The Holmes Group, Inc., with whom I seek to associate, is Nicholas J. Nesgos, Esq., of the law firm of Posternak Blankstein & Lund LLP, Prudential Tower, 800 Boylston Street, Boston, Massachusetts 02199-8004, telephone: (617) 973-6100, facsimile: (617) 367-2315.

Further Affiant Sayeth Not.

_____
Alan M. Sack

STATE OF NEW YORK:
                   ss
COUNTY OF NASSAU:

Sworn to before me and subscribed in my presence this the ___1st___ day of June, 2006.

AMY ROSENBERG
Notary Public, State of New York
No. 01RO5032879
Qualified in Suffolk County
Commission Expires Sept 6, 20_06_

2

# **CERTIFICATE OF GOOD STANDING**

**UNITED STATES OF AMERICA**

**EASTERN DISTRICT OF NEW YORK** } ss.

I **Robert C. Heinemann**, Clerk of the **UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF NEW YORK**

do hereby certify that ALAN M. SACK was duly admitted to practice in said Court **July 10, 1984 is in good standing as a member of the bar of said Court.**

Date: June 1, 2006  
Central Islip, N.Y.

*Robert C. Heinemann*  
CLERK OF THE COURT

BY: *Liliana Serret*  
Liliana Serret  
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE HOLMES GROUP, INC., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 1:2005-CV-10504 (NMG) |
| v. ) | |
| ) | |
| EURO-PRO OPERATING, LLC ) | |
| ) | |
| Defendant. ) | |

## ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

THIS CAUSE came on to be heard on the application of Alan M. Sack, Esq., counsel for Plaintiff, The Holmes Group, Inc., for permission to appear and participate *pro hac vice* in the above-captioned case and the Court being fully advised in the premises, it is

ORDERED that the Motion to Appear *Pro Hac Vice* is granted.

DONE and ORDERED in Chambers at Massachusetts, this _____ day of

_____, 2006.

_____
U.S. DISTRICT JUDGE
DISTRICT OF MASSACHUSETTS