IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| THE HOLMES GROUP, INC., | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 05-10504-NMG |
| | : | |
| EURO-PRO OPERATING, LLC, | : | |
| Defendant. | : | |

**SUGGESTION OF AUTOMATIC STAY FROM INVOLUNTARY PETITION**

Euro-Pro Operating, LLC ("Euro-Pro") files this Suggestion of Automatic Stay Resulting from Involuntary Petition, and respectfully represents:

1. On May 23, 2006 (the "Petition Date"), an involuntary petition for relief under chapter 11 of title 11 of the United States Code was filed against Euro-Pro in the United States Bankruptcy Court for the District of Massachusetts, Bankruptcy Case No. 06-11539. A copy of the Involuntary Petition is attached to this Notice as Exhibit "A." Euro-Pro is a defendant in the above-captioned litigation, which is based on claims allegedly arising before the Petition Date.

2. The filing of an involuntary petition operates as an automatic stay of, among other things, the commencement or continuation of a judicial action against the debtor that was or could have been commenced before the filing of the bankruptcy case, and any act to obtain possession or control of property of the estate. 11 U.S.C. §§ 362(a)(1) and (3). The automatic stay is applicable to all entities, including plaintiffs in the above styled case. 11 U.S.C. § 362(a).

3. Euro-Pro requests that the Court (i) acknowledge the legal consequences under 11 U.S.C. § 362 of the involuntary petition filing against Euro-Pro and (ii) enter such other legal and equitable relief as is appropriate.

4. Euro-Pro reserves its rights to contest the petition.

5. Euro-Pro is in good faith negotiations with its stakeholders, including the petitioning creditors and is hopeful that the involuntary petition will be dismissed in the near term.

Dated:   June 15, 2006

Respectfully submitted,

By its Attorneys,

 /s/ Michelle C. Jackson
Daniel J. Gleason (BBO #194900)
Ronald E. Cahill (BBO# 638200)
Michelle C. Jackson (BBO# 654825)
NUTTER, McCLENNEN & FISH, LLP
World Trade Center West
155 Seaport Blvd.
Boston, MA 02210-2604
(617) 439-2000
(617) 310-9000 (fax)

Of Counsel:
Roger Colaizzi (*pro hac vice*)
Jeffrey L. Eichen (*pro hac vice*)
Michelle M. Marcus (*pro hac vice*)
VENABLE LLP
575 7th Street N.W.
Washington, DC 20004
Tel:  (202) 344-4000
Fax:  (202) 344-8300

Attorneys for Defendant,
Euro-Pro Operating, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on this day, June 15, 2006, a copy of the foregoing document, Euro-Pro's Suggestion of Automatic Stay Resulting From Involuntary Petition Bankruptcy, has been served via overnight delivery upon the following:

>Charles R. Hoffman, Esq.
>Glenn T. Henneberger, Esq.
>HOFFMAN & BARON, LLP
>6900 Jericho Turnpike
>Syosset, NY  11791
>Facsimile:  (516) 822-3582

and

>Nicholas J. Nesgos
>Jennifer Finger
>Joseph W. Corrigan
>Posternak Blankstein & Lund LLP
>Prudential Tower, 800 Boylston Street
>Boston, MA  02199
>Facsimile:  (617) 367-2315

>   /s/ Michelle C. Jackson
>Michelle C. Jackson

DC2/759059

1538735.1

# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| In Re: Euro-Pro Operating LLC<br>Debtor, | Chapter: 11<br>Case No: 06-11538<br>Judge Robert Somma |

---

SUMMONS TO DEBTOR IN INVOLUNTARY CASE

**To the above named debtor**

A petition under title 11, United States Code was filed against you on **MAY 23, 2006** in this bankruptcy court, requesting an order for relief under chapter 11 of the Bankruptcy Code (title 11 of the United States Code).

**YOU ARE SUMMONED** and required to submit to the clerk of the bankruptcy court a motion or answer to the petition within 20 days after the service of this summons. A copy of the petition is attached.

      Address of Clerk:

           U. S. Bankruptcy Court
           10 Causeway Street
           Room 1101
           Boston, MA 02222

At the same time, you must also serve a copy of the motion or answer upon the petitioners attorney.

      Name and Address of Petitioners Attorney:

           Douglas R. Gooding
           Choate, Hall & Stewart
           Two International Place
           Boston, MA 02110

If you make a motion, your time to serve an answer is governed by Bankruptcy Rule 1011(c).

If you fail to resppond to this summons, the order for relief will be entered.

| | |
|---|---|
| Date:5/24/06 | James M. Lynch<br>Clerk, U.S. Bankruptcy Court |
| | By the Court, |
| | <u>Charlene Bapties</u><br>Deputy Clerk<br>(617) 565- 6865 |

Chapter 11<br>
Case Number: 06-11538<br>
Judge Robert Somma

## CERTIFICATE OF SERVICE

I, _____, of

\*\* _____, certify: that I am, and at all times during hereinafter mentioned was, more than 18 years of age; That on the _____ day of _____ I served a copy of the within summons, together with the petition filed in this case, on

the debtor in this case, by [*describe here the mode of service*]

the said debtor at

I certify under penalty of perjury that the foregoing is true an correct.

Executed on [date]                                    [signature]
_____                    _____

\*\* State mailing address

FORM B5
(10-05)

| United States Bankruptcy Court | INVOLUNTARY PETITION |
|---|---|
| District of Massachusetts | |

| IN RE (Name of Debtor - If Individual: Last, First, Middle) | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.) |
|---|---|
| Euro-Pro Operating LLC | |

| LAST FOUR DIGITS OF SOC. SEC. NO./Complete EIN or other TAX I.D. NO. (If more than one, state all.) 20-0115430 | |
|---|---|

| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code) | MAILING ADDRESS OF DEBTOR (If different from street address) |
|---|---|
| 1210 Washington Street<br>Newton, MA 02465<br><br>Middlesex County | |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS   ZIP CODE | ZIP CODE |

| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses) |
|---|
| |

| CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED |
|---|
| ☐ Chapter 7     ☑ Chapter 11 |

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

Petitioners believe:
☐ Debts are primarily consumer debts
☑ Debts are primarily business debts

TYPE OF DEBTOR
☐ Individual         ☐ Stockbroker
☐ Partnership        ☐ Railroad
☐ Corporation        ☐ Health Care Business
☐ Clearing Bank      ☐ Commodity Broker
☑ Other: Limited liability company

BRIEFLY DESCRIBE NATURE OF BUSINESS

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☑ Full Filing Fee attached<br><br>☐ Petitioner is a child suport creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached. |

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| | | |
| Relationship | District | Judge |

| ALLEGATIONS<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1.  ☑ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).<br>2.  ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br>         or<br>   b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

*If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.*

OFFICIAL FORM 5 – Page 2  
Involuntary Petition  
(10/05)

Name of Debtor __Euro-Pro Operating, LLC__

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a) |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X __(See attached)__  
Signature of Petitioner or Representative (State title)

__Massachusetts Mutual Life Insurance Company__  
__By: Babson Capital Management LLC As Its__  
__Investment Adviser__  
Name of Petitioner                Date Signed

Name & Mailing  
Address of Individual  
Signing in Representative  
Capacity

Richard E. Spencer III  
1500 Main Street, Suite 2800  
Springfield, MA 01115

x _Douglas R. Gooding_   5/23/06  
Signature of Attorney         Date

__Douglas R. Gooding__  
Name of Attorney Firm (If any)

__Choate, Hall & Stewart LLP, Two International Place,__  
__Boston, MA 02110__  
Address

__(617) 248-5000__  
Telephone No.

---

X __(See attached)__  
Signature of Petitioner or Representative (State title)

__John Hancock Life Insurance Company__  
Name of Petitioner                Date Signed

Name & Mailing  
Address of Individual  
Signing in Representative  
Capacity

Kathleen McDonough  
197 Clarendon Street, C-2  
Boston, MA 02116

x _Douglas R. Gooding_   5/23/06  
Signature of Attorney         Date

__Douglas R. Gooding__  
Name of Attorney Firm (If any)

__Choate, Hall & Stewart LLP, Two International Place,__  
__Boston, MA 02110__  
Address

__(617) 248-5000__  
Telephone No.

---

X __(See attached)__  
Signature of Petitioner or Representative (State title)

__John Hancock Variable Life Insurance Company__  
Name of Petitioner                Date Signed

Name & Mailing  
Address of Individual  
Signing in Representative  
Capacity

Kathleen McDonough  
197 Clarendon Street, C-2  
Boston, MA 02116

x _Douglas R. Gooding_   5/23/06  
Signature of Attorney         Date

__Douglas R. Gooding__  
Name of Attorney Firm (If any)

__Choate, Hall & Stewart LLP, Two International Place,__  
__Boston, MA 02110__  
Address

__(617) 248-5000__  
Telephone No.

__6__ continuation sheets attached

| | |
|---|---|
| X____(See attached)_____<br>Signature of Petitioner or Representative (State title)<br><br>**Manulife Insurance Company (Formerly Investors Partner Life Insurance Company)**<br>Name of Petitioner         Date Signed<br><br>Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity<br><br>**Kathleen McDonough**<br>**197 Clarendon Street, C-2**<br>**Boston, MA 02116** | x _Douglas R. Gooding_          5/23/06<br>Signature of Attorney                Date<br><br>Douglas R. Gooding<br>Name of Attorney Firm (If any)<br><br>Choate, Hall & Stewart LLP, Two International Place,<br>Boston, MA 02110<br>Address<br><br>(617) 248-5000<br>Telephone No. |
| X____(See attached)_____<br>Signature of Petitioner or Representative (State title)<br><br>**Hancock Mezzanine Partners II L.P.**<br>**By: Hancock Mezzanine Investments II LLC, Its**<br>**General Partner**<br>**By: John Hancock Life Insurance Company, as**<br>**Investment Manager**<br><br>Name of Petitioner         Date Signed<br><br>Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity<br><br>**Kathleen McDonough**<br>**197 Clarendon Street, C-2**<br>**Boston, MA 02116** | x _Douglas R. Gooding_          5/23/06<br>Signature of Attorney                Date<br><br>Douglas R. Gooding<br>Name of Attorney Firm (If any)<br><br>Choate, Hall & Stewart LLP, Two International Place,<br>Boston, MA 02110<br>Address<br><br>(617) 248-5000<br>Telephone No. |
| X____(See attached)_____<br>Signature of Petitioner or Representative (State title)<br><br>**Phoenix Life Insurance Company**<br>Name of Petitioner         Date Signed<br><br>Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity<br><br>**Paul Chute**<br>**c/o Phoenix Investment Partners**<br>**56 Prospect Street**<br>**Hartford, CT 06115** | x _Douglas R. Gooding_          5/23/06<br>Signature of Attorney                Date<br><br>Douglas R. Gooding<br>Name of Attorney Firm (If any)<br><br>Choate, Hall & Stewart LLP, Two International Place,<br>Boston, MA 02110<br>Address<br><br>(617) 248-5000<br>Telephone No. |
| X____(See attached)_____<br>Signature of Petitioner or Representative (State title)<br><br>**Unionbancal Equities, Inc.**<br>Name of Petitioner         Date Signed<br><br>Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity<br><br>**Thomas Fratar**<br>**400 California Street, 8th Floor**<br>**San Francisco, California, 94104** | x _Douglas R. Gooding_          5/23/06<br>Signature of Attorney                Date<br><br>Douglas R. Gooding<br>Name of Attorney Firm (If any)<br><br>Choate, Hall & Stewart LLP, Two International Place,<br>Boston, MA 02110<br>Address<br><br>(617) 248-5000<br>Telephone No. |

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner<br>Massachusetts Mutual Life Insurance Company<br>1500 Main Street, Suite 2800, Springfield, MA 01115 | Nature of Claim<br>Subordinated notes | Amount of Claim<br>$14,500,000 plus unpaid interest |
| Name and Address of Petitioner<br>John Hancock Life Insurance Company<br>197 Clarendon Street, C-2, Boston, MA 02116 | Nature of Claim<br>Subordinated notes | Amount of Claim<br>$5,750,000 plus unpaid interest |
| Name and Address of Petitioner<br>John Hancock Variable Life Insurance Company<br>197 Clarendon Street, C-2, Boston, MA 02116 | Nature of Claim<br>Subordinated notes | Amount of Claim<br>$1,500,000 plus unpaid interest |
| Name and Address of Petitioner<br>Manulife Insurance Company (Formerly Investors Partner Life Insurance Company)<br>197 Clarendon Street, C-2, Boston, MA 02116 | Nature of Claim<br>Subordinated notes | Amount of Claim<br>$250,000 plus unpaid interest |
| Name and Address of Petitioner<br>Hancock Mezzanine Partners II L.P.<br>197 Clarendon Street, C-2, Boston, MA 02116 | Nature of Claim<br>Subordinated notes | Amount of Claim<br>$2,500,000 plus unpaid interest |
| Name and Address of Petitioner<br>Phoenix Life Insurance Company<br>56 Prospect Street, Hartford, CT 06115 | Nature of Claim<br>Subordinated notes | Amount of Claim<br>$5,000,000 plus unpaid interest |
| Name and Address of Petitioner<br>Unionbancal Equities, Inc.<br>400 California Street, 8th Floor, San Francisco, California, 94104 | Nature of Claim<br>Subordinated notes | Amount of Claim<br>$9,000,000 plus unpaid interest |

MASSACHUSETTS MUTUAL LIFE
INSURANCE COMPANY

By:   Babson Capital Management LLC
      As Its Investment Adviser

OK  By: _____
    Richard E. Spencer III  (Title) Managing Director
    Date: 5/23/06

1

JOHN HANCOCK LIFE INSURANCE
COMPANY

By: /s/ Kathleen E. Ma[illegible]
Managing Director (Title)

Date: 5/22/06

JOHN HANCOCK VARIABLE LIFE
INSURANCE COMPANY

By: /s/ Kathleen Ma[illegible]
Authorized Signatory (Title)

Date: 5/22/06


MANULIFE INSURANCE COMPANY
(FORMERLY INVESTORS PARTNER LIFE
INSURANCE COMPANY)

By: /s/ Kathleen E. Ma[illegible]
Authorized Signatory (Title)

Date: 5/22/06


HANCOCK MEZZANINE PARTNERS II L.P.

By: Hancock Mezzanine Investments II
LLC, Its General Partner

By: John Hancock Life Insurance Company,
as Investment Manager

By: /s/ Kathleen E. Ma[illegible]
Managing Director (Title)

Date: 5/22/06

2

PHOENIX LIFE INSURANCE COMPANY

By: *Paul M Chute*
Sr. Managing Director   (Title)
Date: 5/22/06

3

UNIONBANCAL EQUITIES, INC.

By: *[signature]* Vice President

Thomas Gutur (Title)

Date: May 22, 2006

4