IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| THE HOLMES GROUP, INC., | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 05-10504-NMG |
|  | : | |
| EURO-PRO OPERATING, LLC, | : | |
| Defendant. | : | |

**STIPULATION REGARDING
REVISED DATES FOR SCHEDULING ORDER**

Euro-Pro Operating, LLC ("Euro-Pro") is no longer the subject of an involuntary petition in bankruptcy, as the bankruptcy matter originally filed in the United States Bankruptcy Court for the District of Massachusetts on May 23, 2006, entitled In re Euro-Pro Operating LLC, Docket No. 06-11538, has now been terminated.  In light of this fact, counsel for Euro-Pro and The Holmes Group, Inc. ("Holmes") have conferred and agreed upon a revised set of deadlines for the Court's review and approval:

| *Action to be Completed* | *Previously Scheduled Date* | *New Proposed Date* |
|---|---|---|
| Identify experts for case in chief | July 15, 2006 | October 16, 2006 |
| Objections to experts for case in chief | August 15, 2006 | November 15, 2006 |
| Close of fact discovery | August 31, 2006 | January 31, 2007 |
| Expert reports due | September 30, 2006 | January 31, 2007 |
| Rebuttal reports due | October 31, 2006 | March 2, 2007 |
| Close of expert discovery | November 30, 2006 | March 30, 2007 |
| Claim construction conference | December 1, 2006 | April 2, 2007 |
| Opening claim construction briefs | December 15, 2006 | April 16, 2007 |
| Reply claim construction briefs | January 10, 2007 | April 30, 2007 |
| Markman hearing | January 24, 2007 | May 2007, depending on the Court's calendar |
| Dispositive motions | May 15, 2007 | July 16, 2007 |
| Responses to dispositive motions | June 15, 2007 | August 17, 2007 |

| Final pretrial conference and trial | August 9, 2007, with trial set for September 24, 2007 | October 2007, depending on the Court's calendar |

Dated:   August 15, 2006

Respectfully submitted,

  /s/ Michelle C. Jackson
Daniel J. Gleason (BBO #194900)
Ronald E. Cahill (BBO# 638200)
Michelle C. Jackson (BBO# 654825)
NUTTER, McCLENNEN & FISH, LLP
World Trade Center West
155 Seaport Blvd.
Boston, MA 02210-2604
(617) 439-2000
(617) 310-9000 (fax)


Of Counsel:
Roger Colaizzi (*pro hac vice*)
Jeffrey L. Eichen (*pro hac vice*)
Michelle M. Marcus (*pro hac vice*)
VENABLE LLP
575 7th Street N.W.
Washington, DC 20004
Tel:  (202) 344-4000
Fax:  (202) 344-8300

Attorneys for Defendant,
Euro-Pro Operating, LLC

### CERTIFICATE OF SERVICE

   I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).


  /s/ Michelle C. Jackson
Michelle C. Jackson

1554712.1