IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| THE HOLMES GROUP, INC., | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 05-10504-NMG |
| | : | |
| EURO-PRO OPERATING, LLC, | : | |
| Defendant. | : | |

## REPORT REGARDING DISMISSAL OF
## INVOLUNTARY PETITION IN BANKRUPTCY

Pursuant to the Court's request, Euro-Pro Operating, LLC ("Euro-Pro") respectfully submits this report regarding the involuntary petition in bankruptcy filed in the United States Bankruptcy Court for the District of Massachusetts on May 23, 2006 entitled In re Euro-Pro Operating LLC, Docket No. 06-11538.  Following an order of dismissal and notice to all creditors, the matter was marked terminated on July 27, 2006.  Accordingly, the automatic stay in bankruptcy no longer applies to the above-captioned matter, and the Court's earlier order imposing this stay may now be lifted.

In the meantime, counsel for Euro-Pro and The Holmes Group, Inc. ("Holmes") have agreed upon suggested dates for a revised scheduling order, which are shown in a separately filed document.

Dated:   August 15, 2006                              Respectfully submitted,

  /s/ Michelle C. Jackson
Daniel J. Gleason (BBO #194900)
Ronald E. Cahill (BBO# 638200)
Michelle C. Jackson (BBO# 654825)
NUTTER, McCLENNEN & FISH, LLP
World Trade Center West
155 Seaport Blvd.
Boston, MA 02210-2604
(617) 439-2000
(617) 310-9000 (fax)

Of Counsel:
Roger Colaizzi (*pro hac vice*)
Jeffrey L. Eichen (*pro hac vice*)
Michelle M. Marcus (*pro hac vice*)
VENABLE LLP
575 7th Street N.W.
Washington, DC 20004
Tel:  (202) 344-4000
Fax:  (202) 344-8300

Attorneys for Defendant,
Euro-Pro Operating, LLC

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

 /s/ Michelle C. Jackson
Michelle C. Jackson

1554624.1