**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| THE HOLMES GROUP, INC., | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 05-10504-NMG |
| | : | |
| EURO-PRO OPERATING, LLC, | : | |
| Defendant. | : | |

## NOTICE OF APPEARANCE

Please enter the appearance of Heather B. Repicky of the law firm of Nutter, McClennen & Fish, LLP, World Trade Center West, 155 Seaport Boulevard, Boston, MA 02110-2604, as counsel for the defendant, Euro-Pro Operating, LLC.

                             EURO-PRO OPERATING, LLC

                             By its attorneys,

                              /s/ Heather B. Repicky
                             Daniel J. Gleason (BBO # 194900)
                             Heather B. Repicky (BBO # 663347)
                             NUTTER MCCLENNEN & FISH LLP
                             World Trade Center West
                             155 Seaport Boulevard
                             Boston, MA  02210
                             Tel: (617) 439-2000

Dated: September 18, 2006

## CERTIFICATE OF SERVICE

I certify that, on September 18, 2006, this document (filed through the ECF system) will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                              /s/ Heather B. Repicky

1561981.1