IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| THE HOLMES GROUP, INC., | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 05-10504-NMG |
| | : | |
| EURO-PRO OPERATING, LLC, | : | |
| Defendant. | : | |

## NOTICE OF APPEARANCE

Please enter the appearance of Heather B. Repicky of the law firm of Nutter, McClennen & Fish, LLP, World Trade Center West, 155 Seaport Boulevard, Boston, MA 02110-2604, as counsel for the defendant, Euro-Pro Operating, LLC.

EURO-PRO OPERATING, LLC

By its attorneys,

 /s/ Heather B. Repicky
Daniel J. Gleason (BBO # 194900)
Heather B. Repicky (BBO # 663347)
NUTTER MCCLENNEN & FISH LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA  02210
Tel: (617) 439-2000

Dated: September 26, 2006

## CERTIFICATE OF SERVICE

I certify that, on September 26, 2006, this document (filed through the ECF system) will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

 /s/ Heather B. Repicky

1561981.2