IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

THE HOLMES GROUP, INC.,              :
          Plaintiff,              :
v.                                    :    Civil Action No. 05-10504-NMG
                                      :
EURO-PRO OPERATING, LLC,              :
          Defendant.              :

## JOINT MOTION REGARDING REVISED DATES FOR SCHEDULING ORDER

As set forth in a report previously filed by Euro-Pro Operating, LLC ("Euro-Pro") on August 15, 2006, Euro-Pro is no longer the subject of an involuntary petition in bankruptcy, as the bankruptcy matter originally filed in the United States Bankruptcy Court for the District of Massachusetts on May 23, 2006, entitled In re Euro-Pro Operating LLC, Docket No. 06-11538, has now been terminated. In light of this fact, counsel for Euro-Pro and The Holmes Group, Inc. ("Holmes") had conferred and agreed upon a revised set of deadlines for the Court's review and approval, as shown in a stipulation also filed on August 15, 2006.

It does not appear that the Court has lifted the stay in this litigation or entered a revised scheduling order, and some of the deadlines that the parties had previously agreed upon in August have now passed. Accordingly, the parties respectfully request that the Court dissolve the stay currently entered in this matter and reset the schedule as set forth below:

| Action to be Completed | Previously Proposed Date | New Proposed Date |
|---|---|---|
| Identify experts for case in chief | October 16, 2006 | December 18, 2006 |
| Objections to experts for case in chief | November 15, 2006 | January 16, 2007 |
| Close of fact discovery | January 31, 2007 | April 2, 2007 |
| Expert reports due | January 31, 2007 | April 2, 2007 |
| Rebuttal reports due | March 2, 2007 | May 2, 2007 |
| Close of expert discovery | March 30, 2007 | May 31, 2007 |
| Claim construction conference | April 2, 2007 | June 4, 2007 |

| Action to be Completed | Previously Proposed Date | New Proposed Date |
|---|---|---|
| Opening claim construction briefs | April 16, 2007 | June 18, 2007 |
| Reply claim construction briefs | April 30, 2007 | July 2, 2007 |
| Markman hearing | May 2007, depending on the Court's calendar | July 2007, depending on the Court's calendar |
| Dispositive motions | July 16, 2007 | September 17, 2007 |
| Responses to dispositive motions | August 17, 2007 | October 17, 2007 |
| Final pretrial conference and trial | October 2007, depending on the Court's calendar | December 2007, depending on the Court's calendar |

Dated: ~~October 31~~, 2006
November 1,

Respectfully submitted,

/s/ Heather B. Repicky
Daniel J. Gleason (BBO #194900)
Ronald E. Cahill (BBO# 638200)
Heather B. Repicky (BBO# 663347)
NUTTER, McCLENNEN & FISH, LLP
World Trade Center West
155 Seaport Blvd.
Boston, MA 02210-2604
(617) 439-2000
(617) 310-9000 (fax)

Roger Colaizzi (*pro hac vice*)
Jeffrey L. Eichen (*pro hac vice*)
Michelle M. Marcus (*pro hac vice*)
VENABLE LLP
575 7th Street N.W.
Washington, DC 20004
Tel: (202) 344-4000
Fax: (202) 344-8300

Attorneys for Defendant,
Euro-Pro Operating, LLC

Date: October 30, 2006

_____
Charles R. Hoffman, Esq. (*pro hac vice*)
Glenn T. Henneberger, Esq. (*pro hac vice*)
HOFFMAN & BARON, LLP
6900 Jericho Turnpike
Syosset, NY 11791
Facsimile: (516) 822-3582

Nicholas J. Nesgos
Jennifer Finger
Joseph W. Corrigan
Posternak Blankstein & Lund LLP
Prudential Tower, 800 Boylston Street
Boston, MA 02199
Facsimile: (617) 367-2315

Attorneys for Plaintiff,
The Holmes Group, Inc.

SO ORDERED:

_____
Judge Nathaniel M. Gorton, U.S.D.J.