IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

THE HOLMES GROUP, INC., :
        Plaintiff, :
: Civil Action No. 05-10504-NMG
v. :
:
EURO-PRO OPERATING, LLC, :
        Defendant. :

## STIPULATED DISCOVERY SCHEDULE

Consistent with the Court's Electronic Notice of Rescheduling dated January 17, 2007, the parties in the above-captioned matter respectfully propose the following stipulated discovery schedule:

| *Action to be Completed* | *Proposed Date* |
|---|---|
| Claim construction conference | June 8, 2007 |
| Opening claim construction briefs | June 25, 2007 |
| Reply claim construction briefs | July 13, 2007 |
| Markman hearing | July 20, 2007 |
| Close of fact discovery | August 31, 2007 |
| Expert case-in-chief reports due | August 31, 2007 |
| Expert rebuttal reports due | September 28, 2007 |
| Close of expert discovery | October 19, 2007 |
| Filing of dispositive motions | November 2, 2007 |
| Responses to dispositive motions | November 21, 2007 |
| Reply in support of dispositive motions | December 7, 2007 |
| Final pretrial conference and trial | January 9, 2008 |

Dated:　　　　　　　　　　　　　Respectfully submitted,

_____
Roger Colaizzi (*pro hac vice*)
Jeffrey L. Eichen (*pro hac vice*)
Michelle M. Marcus (*pro hac vice*)
VENABLE LLP
575 7th Street N.W.
Washington, DC 20004
Tel: (202) 344-4000
Fax: (202) 344-8300

Daniel J. Gleason (BBO# 194900)
Ronald E. Cahill (BBO# 638200)
Michelle C. Jackson (BBO# 654825)
NUTTER, McCLENNEN & FISH, LLP
World Trade Center West
155 Seaport Blvd.
Boston, MA 02210-2604
(617) 439-2000
(617) 310-9000 (fax)

Attorney for Defendant,
Euro-Pro Operating, LLC

Charles R. Hoffmann (*pro hac vice*)
Alan M. Sack (*pro hac vice*)
Glenn T. Henneberger (*pro hac vice*)
HOFFMANN & BARON, LLP
6900 Jericho Turnpike
Syosset, NY 11791
Facsimile: (516) 822-3582

Nicholas J. Nesgos
Joseph W. Corrigan
Posternak Blankstein & Lund LLP
Prudential Tower, 800 Boylston Street
Boston, MA 02199
Facsimile: (617) 367-2315

Attorneys for Plaintiff,
The Holmes Group, Inc.

SO ORDERED:

_____
Judge Nathaniel M. Gorton, U.S.D.J.