UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


The Holmes Group,

       Plaintiff


v.                                                                    Civil Action No. 05-10504-NMG


Euro-Pro Operating, LLC,
       Defendant


## SETTLEMENT ORDER OF DISMISSAL


GORTON, D.J.

      The Court having been advised by counsel that  this action has settled,

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the

right of any party upon good cause shown within thirty (30) days to reopen the action if

settlement is not consummated.


              By the Court,

              /S/ Craig J. Nicewicz

5/7/07                                                        _____
  Date                                                        Craig J. Nicewicz
                    Courtroom Clerk