IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE HOLMES GROUP, INC., : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 05-10504-NMG |
| : | |
| EURO-PRO OPERATING, LLC, : | |
| Defendant. : | |

## JOINT MOTION FOR DISMISSAL

Plaintiff, The Holmes Group, Inc., the predecessor in interest to Sunbeam Products, Inc., d/b/a Jarden Consumer Solutions, (hereinafter "Holmes"), and defendant, Euro-Pro Operating, LLC (hereinafter "Euro-Pro") have agreed to a settlement of this dispute and submit this Joint Motion for Dismissal pursuant to the terms of a confidential settlement agreement with an effective date of August 6, 2007.

Accordingly, pursuant to the terms of a confidential settlement agreement, the parties respectfully move the Honorable Court to enter the attached Agreed Order of Dismissal.

Dated: August 17, 2007

                SUNBEAM PRODUCTS, INC.
                d/b/a JARDEN CONSUMER SOLUTIONS
                successor to THE HOLMES GROUP, INC.

                /s/Alan M. Sack
                Charles R. Hoffmann, Esq.
                Alan M. Sack, Esq.
                Glenn T. Henneberger, Esq.
                HOFFMANN & BARON, LLP
                6900 Jericho Turnpike
                Syosset, New York  11791-4407
                Telephone: 516-822-3550
                Facsimile: 516-822-3582

        EURO-PRO OPERATING, LLC

        <u>/s/Jeffrey L. Eichen</u>
        Roger Colaizzi
        Jeffrey L. Eichen
        VENABLE LLP
        575 7th Street N.W.
        Washington, DC  20004
        Tel: (202) 344-4000
        Fax: (202) 344-8300

277742_1.DOC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE HOLMES GROUP, INC., : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 05-10504-NMG |
| : | |
| EURO-PRO OPERATING, LLC, : | |
| Defendant. : | |

**AGREED ORDER OF DISMISSAL**

This action comes before the Court on the pleadings and proceedings of record, and it has been represented to the Court that the plaintiff, The Holmes Group, Inc., the predecessor in interest to Sunbeam Products, Inc., d/b/a Jarden Consumer Solutions, (hereinafter "Holmes"), and defendant, Euro-Pro Operating, LLC (hereinafter "Euro-Pro") have agreed to a settlement of all claims and counterclaims in this action subject to the terms of a confidential settlement agreement with an effective date of August 6, 2007.

WHEREFORE, with the consent of plaintiff and defendant, it is hereby finally ORDERED, ADJUDGED and DECREED as follows:

1. This Court has personal jurisdiction of the parties and subject matter of this action.

2. All claims and counterclaims of Holmes and Euro-Pro are hereby dismissed with prejudice, subject to the terms of the parties' confidential settlement agreement.

3. Each party to this Order shall bear its own costs and attorneys' fees.

SO ORDERED:

Dated:_____

                                              Hon. Nathaniel M. Gorton
                                              United States District Court Judge

277745_1.DOC