IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

THE HOLMES GROUP, INC., :
         Plaintiff, :
          :
    v. : Civil Action No. 05-10504-NMG
          :
EURO-PRO OPERATING, LLC, :
         Defendant. :

**AGREED ORDER OF DISMISSAL**

This action comes before the Court on the pleadings and proceedings of record, and it has been represented to the Court that the plaintiff, The Holmes Group, Inc., the predecessor in interest to Sunbeam Products, Inc., d/b/a Jarden Consumer Solutions, (hereinafter "Holmes"), and defendant, Euro-Pro Operating, LLC (hereinafter "Euro-Pro") have agreed to a settlement of all claims and counterclaims in this action subject to the terms of a confidential settlement agreement with an effective date of August 6, 2007.

WHEREFORE, with the consent of plaintiff and defendant, it is hereby finally ORDERED, ADJUDGED and DECREED as follows:

    1.    This Court has personal jurisdiction of the parties and subject matter of this action.

    2.    All claims and counterclaims of Holmes and Euro-Pro are hereby dismissed with prejudice, subject to the terms of the parties' confidential settlement agreement.

    3.    Each party to this Order shall bear its own costs and attorneys' fees.

SO ORDERED:

Dated: 8/17/08

_____
Hon. Nathaniel M. Gorton
United States District Court Judge

277745_1.DOC